JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. |
| Plaintiff, | **DECLARATION OF RUTH L. HAWLEY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** |
| v. | |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

I, RUTH L. HAWLEY, declare:

1. I am an attorney duly admitted to practice in the State of California. If called as a witness, I could and would competently testify as follows.

2. I am a staff attorney in the San Francisco Regional Office of the United States Securities and Exchange Commission (the "Commission"), the plaintiff in the above-captioned matter. Preceding this action, the Commission conducted an investigation captioned "In the Matter of JSG Capital Investments, LLC (SF-04055)." I am the attorney with primary responsibility for this investigation. I have custody of the Commission's file concerning this matter, including the documents described below.

3. On December 30, 2015, the Commission sent a subpoena to JSG Capital LLC, requiring the production of documents by January 15, 2016. JSG Capital LLC did not produce any documents in response to the subpoena. Between January 22, 2016 and February 11, 2016, I exchanged several emails with Jason Gill regarding JSG Capital LLC's failure to respond to the subpoena. Mr. Gill's email signature indicates that he is the CEO of JSG Capital Investments, LLC, and contains a link to the website www.jsgcapital.com. A true and correct copy of my emails with Mr. Gill is attached as Exhibit A.

4. The Commission maintains a database called WebCRD, which contains, among other documents, companies' applications to register with the Commission as investment advisers. On February 8, 2016, I accessed JSG Capital Investments, LLC's application for registration as an investment adviser through WebCRD. A true and correct copy of JSG Capital Investments, LLC's Form ADV, a part of that application, is attached as Exhibit B. The document identifies Jarod Kilefner as the Managing Member of JSG Capital Investments, LLC.

5. On February 10, 2016, I interviewed Mr. Kilefner by phone. Mr. Kilefner told me that Mr. Gill's home address was 1325 Pacific Highway, Unit 1706, San Diego, California, 92101. On February 12, 2016, at my request, Mr. Kilefner voluntarily produced to the Commission a number of his emails with JSG Capital Investments, LLC employees. One email thread that I received from Mr. Kilefner is titled, "Fw: Information to Help Close Clients" and had three attachments titled "JSG Investment Asset Protection," "JSG Capital Investments LLC November Statement," and

1  "Nationwide Insurance Declaration Coverage." A true and correct copy of this email thread that I
2  received from Mr. Kilefner is attached as Exhibit C.  True and correct copies of the email attachments
3  that I received titled "JSG Investment Asset Protection," "JSG Capital Investments LLC November
4  Statement," and "Nationwide Insurance Declaration Coverage," are attached as Exhibits D, E, and F,
5  respectively.
6      6.    On March 23, 2016, I interviewed JSG Capital Investments, LLC investor Piyusha
7  Zope by phone.  At my request, on the same day, Ms. Zope voluntarily produced documents to the
8  Commission, including the following.  A true and correct copy of a document titled "Promissory
9  Conversion Investment Note Term Sheet Agreement" is attached as Exhibit G.  A true and correct
10 copy of an email thread between Ms. Zope and Javier Rios, Strategic Relationship Manager at JSG
11 Capital Investments, LLC, titled, "Re: JSG Capital Investments Info," is attached as Exhibit H.  The
12 February 15, 2016 email from Javier Rios to Ms. Zope contains a line that states "JSG Capital
13 Investments in the news . . ." followed by this hyperlink:  http://globenewswire.com/news-
14 release/2015/11/11/786267/10156023/en/California-Based-Investment-Firm-JSG-Capital-
15 Investments-LLC-Offers-Fixed-Index-Opportunity-to-Everyday-Investors.html.  On May 19, 2016, I
16 clicked on this hyperlink and it brought me to a webpage containing what appeared to be a press
17 release dated November 11, 2015 from GlobeNewswire via PRWeb titled, "California-Based
18 Investment Firm JSG Capital Investments LLC Offers Fixed Index Opportunity to Everyday
19 Investors," a true and correct copy of which is attached as Exhibit I.
20      7.    On April 15, 2016, the California Secretary of State produced business records to the
21 Commission pursuant to a subpoena issued by the Commission on April 12, 2016.  True and correct
22 copies of records that the California Secretary of State produced, and the affidavit of Deputy
23 Secretary of State Jana Castro, attesting that the documents are business records, are attached as
24 Exhibits J to N to this declaration, and include the following:  JSG Capital, LLC's Articles of
25 Organization, filed February 1, 2010, attached as Exhibit K; JSG Capital Investments, LLC's Articles
26 of Organization, filed September 2, 2014, attached as Exhibit L; JSG Capital LLC's Articles of
27 Organization, filed April 17, 2015, attached as Exhibit M; JSG Management Group LLC's Articles of
28

1  Organization, filed May 22, 2015, attached as Exhibit N; and Affidavit of Deputy Secretary of State
2  Jana Castro, attached as Exhibit J.
3      8.   On May 17, 2016, I visited www.jsgcapital.com.  I also visited
4  www.jsgcapitalinvestments.com, which redirected me to www.jsgcapital.com.  On the same day, at
5  my direction, screenshots were taken of certain pages of this website.  True and correct copies of
6  these screenshots are attached as Exhibit O through Exhibit V.
7      9.   On May 18, 2016, I visited the website of the Securities Investor Protection
8  Corporation ("SIPC"), at www.sipc.org.  I searched SIPC's list of members with the term "JSG."
9  The search returned no results.  A true and correct copy of a screenshot of my search is attached as
10 Exhibit W.
11     10.  Attached as Exhibit X is a true and correct copy of the Declaration of Sara Gordon.
12     11.  Attached as Exhibit Y is a true and correct copy of the Declaration of Chris Green.
13     12.  Attached as Exhibit Z is a true and correct copy of the Declaration of Paul Vronsky.
14     13.  Attached as Exhibit AA is a true and correct copy of the Declaration of Steven
15 Spurlock.
16     14.  Attached as Exhibit BB is a true and correct copy of the Declaration of Stephen
17 Hyndman.
18     15.  Attached as Exhibit CC is a true and correct copy of the Declaration of Laura Guy,
19 with accompanying exhibits.
20     16.  Attached as Exhibit DD is a true and correct copy of the Declaration of Arthur
21 Maginas, with accompanying exhibits.
22     17.  Attached as Exhibit EE is a true and correct copy of the Declaration of Mathew Kyle
23 Osmera.
24     18.  At approximately 9:50 am on May 25, 2016, I provided notice of the Commission's
25 intent to file a Complaint and a motion for a temporary restraining order, including asset freezes, to
26 Jaswant "Jason" Gill and JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and
27 JSG Enterprises LLC by leaving a voicemail on Mr. Gill's cell phone, and to Javier Rios and JSG
28 Management Group LLC by leaving a voicemail on Mr. Rios's cell phone.  Mr. Gill's cell phone

number was provided to me by his employee Jarod Kilefner, and was corroborated by a search of Thompson Reuters' CLEAR database. Mr. Rios' cell phone number was also provided to me by Mr. Kilefner, and his voicemail greeting states his name. Mr. Gill and Mr. Rios are the principals of all of the entity defendants. *See supra* ¶ 7, Exs. K-N (showing that Mr. Gill is the CEO of JSG Capital Investments, LLC, JSG Capital, LLC and the sole member of JSG Capital LLC, and Mr. Rios is the sole member of JSG Management Group LLC); *see also* Declaration of John A. Roscigno In Support of TRO, filed herewith ¶ 3, Ex. 8 at 4 (showing that Mr. Gill is the president of JSG Enterprises LLC). My voicemails to Mr. Gill and Mr. Rios stated that I would be emailing them a copy of the pleadings we intended to file in connection with the motion for a temporary restraining order, as well as the Complaint. I obtained Mr. Gill's email address, jgill@jsgcapital.com, from our previous correspondence. *See supra* ¶ 3. I obtained Mr. Rios' email address, jrios@jsgcapitalinvestments.com, from his email to Ms. Zope. *See supra* ¶ 6. A few minutes after leaving the voicemails, I sent Mr. Gill and Mr. Rios emails attaching (1) the Complaint; and (2) Plaintiff Securities And Exchange Commission's Ex Parte Motion For Temporary Restraining Order And Order To Show Cause Why A Preliminary Injunction Should Not Be Granted, and stating that the supporting documents would follow under separate cover as soon as they could be provided. True and correct copies of these emails are attached as Exhibits FF and GG, respectively.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was signed in San Francisco, California on May 25, 2016.

RUTH L. HAWLEY