1 | JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2 |   schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
3 |   habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
4 |   heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
5 |   hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>Relief Defendant. | Case No.<br><br>**ADDITIONAL EXHIBITS V - Z TO THE DECLARATION OF RUTH L. HAWLEY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** |

Case No. _____