1  JINA L. CHOI (NY Bar No. 2699718)
   ERIN E. SCHNEIDER (Cal Bar No. 216114)
2    schneidere@sec.gov
   JASON M. HABERMEYER (Cal. Bar No. 226607)
3    habermeyerj@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
4    heftya@sec.gov
   RUTH L. HAWLEY (Cal. Bar No. 253112)
5    hawleyr@sec.gov

6  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
7  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
8  (415) 705-2500

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13  SECURITIES AND EXCHANGE COMMISSION,      Case No.

14                 Plaintiff,                **DECLARATION OF JOHN A. ROSCIGNO
                                             IN SUPPORT OF PLAINTIFF SECURITIES
15         v.                                AND EXCHANGE COMMISSION'S *EX
                                             PARTE* MOTION FOR TEMPORARY
16  JSG CAPITAL INVESTMENTS, LLC, JSG        RESTRAINING ORDER AND ORDER TO
    CAPITAL, LLC, JSG CAPITAL LLC, JSG       SHOW CAUSE WHY A PRELIMINARY
17  ENTERPRISES, LLC, JASWANT S. GILL, AND   INJUNCTION SHOULD NOT BE
    JAVIER RIOS,                             GRANTED**

18                 Defendants,

19  JSG MANAGEMENT GROUP LLC,

20                 Relief Defendant.

21

22

23

24

25

26

27

28

I, John A. Roscigno, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify to the facts stated herein.

2. I am a Certified Public Accountant licensed by the State of California and the State of Arizona. I am currently employed as an Accountant by the Securities and Exchange Commission ("SEC" or "Commission"), Division of Enforcement, in the San Francisco Regional Office. I have been a practicing accountant for 13 years, including auditing financial statements, forensic and investigative accounting, and litigation support.

**I.       Bank Account Summary**

3. Between September 5, 2013 and the current, the defendants maintained several bank accounts that the Commission received transaction level detail of, including via the issuance of subpoenas. The bank accounts were held in the names of JSG Capital LLC, JSG Capital, LLC (both "JSG Capital"), JSG Capital Investments, LLC ("JSG Capital Investments"), JSG Enterprises LLC ("JSG Enterprises") and JSG Management Group LLC ("JSG Management") (collectively "JSG"). The following Table 1 lists each account, when the records were initially produced to the Commission, the time period the information covers, and the person(s) authorized to sign for each of the accounts. Among the account information described, or used as the basis for the summaries, in the paragraphs that follow are account statements, account opening documents, signature cards, wire transfers, deposit slips and copies of deposited items, withdrawal slips, check disbursements and bank account transfers, as produced, for the following accounts. Exhibits 1 through 19 contain the signature cards and account opening documents for each of the accounts listed in Table 1.

**Table 1**

| Bank Account Number | Name Account Held In | Production Date | Time Period Covered by Production | Account Signer(s) | Exhibit # |
|---|---|---|---|---|---|
| Bank of America XXXX XXXX 5156 ("JSG Capital-BofA-5156") | JSG Capital LLC | February 18, 2016 | September 5, 2013 through November 30, 2013 | Dana Stallings | 1 |
| Bank of America XXXX XXXX 5169 ("JSG Capital-BofA-5169") | JSG Capital LLC | February 18, 2016 | September 5, 2013 through November 30, 2013 | Dana Stallings | 2 |
| Wells Fargo Bank XXXXX5164 ("JSG Capital-WF-5164") | JSG Capital LLC | February 26, 2016 | October 28, 2013 through May 31, 2014 | Dana Stallings | 3 |
| Wells Fargo Bank XXXXX0172 ("JSG Capital-WF-0172") | JSG Capital LLC | February 26, 2016 | October 28, 2013 through March 31, 2014 | Dana Stallings | 3 |
| JPMorgan Chase Bank XXXXX6812 ("JSG Capital-JPMC-6812") | JSG Capital, LLC | February 24, 2016 | March 21, 2014 through June 30, 2014 | Jaswant Gill; Amit Lalji | 4 |
| JPMorgan Chase Bank XXXXXX1685 ("JSG Capital-JPMC-1685") | JSG Capital, LLC | February 24, 2016 | May 31, 2014 through June 30, 2014 | Jaswant Gill; Amit Lalji | 4 |
| US Bank X XXX XXXX 3147 ("JSG Capital-USB-3147") | JSG Capital LLC | February 18, 2016 | June 20, 2014 through August 31, 2014 | Jaswant Gill | 5 |
| US Bank X XXX XXXX 3154 ("JSG Capital-USB-3154") | JSG Capital LLC | February 18, 2016 | June 20, 2014 through August 31, 2014 | Jaswant Gill | 6 |
| Bank of the West XXX-XX3219 ("JSG Enterprises-BOW-3219") | JSG Enterprises LLC | February 19, 2016 | July 7, 2014 through August 31, 2014 | Amit Lalji | 7 |
| Bank of America XXXX XXXX 2250 ("JSG Enterprises-BofA-2250") | JSG Enterprises LLC | March 24, 2016 | August 8, 2014 through September 30, 2014 | Jaswant Gill | 8 |
| Bank of America XXXX XXXX 2292 ("JSG Enterprises-BofA-2292") | JSG Enterprises LLC | March 24, 2016 | August 8, 2014 through September 30, 2014 | Jaswant Gill | 9 |
| Bank of America XXXX XXXX 2315 ("JSG Enterprises-BofA-2315") | JSG Enterprises LLC | March 24, 2016 | August 8, 2014 through August 31, 2014 | Jaswant Gill | 10 |
| JPMorgan Chase Bank XXXXXX1888 ("JSG Enterprises-JPMC-1888") | JSG Enterprises LLC | April 22, 2016 | August 22, 2014 through September 24, 2014 | Jaswant Gill | 11 |
| Bank of America XXXX XXXX 5098 ("JSG Capital Investments-BofA-5098") | JSG Capital Investments, LLC | February 18, 2016 | September 4, 2014 through October 31, 2014 | Javier Rios | 12 |
| Bank of America XXXX XXXX 5108 ("JSG Capital Investments-BofA-5108") | JSG Capital Investments, LLC | February 18, 2016 | September 4, 2014 through October 31, 2014 | Javier Rios | 13 |
| Bank of America XXXX XXXX 5085 ("JSG Capital Investments-BofA-5085") | JSG Capital Investments, LLC | February 18, 2016 | September 4, 2014 through October 31, 2014 | Javier Rios | 14 |
| JPMorgan Chase Bank XXXXX3712 ("JSG Capital Investments-JPMC-3712") | JSG Capital Investments, LLC | February 24, 2016 | September 9, 2014 through April 30, 2015 | Javier Rios; Jaswant Gill | 15 |
| JPMorgan Chase Bank XXXXXX6920 ("JSG Capital Investments-JPMC-6920") | JSG Capital Investments, LLC | February 24, 2016 | September 9, 2014 through April 30, 2015 | Javier Rios; Jaswant Gill | 16 |
| BBVA Compass Bank XXXXX7924 ("JSG Capital Investments-BBVA-7924") | JSG Capital Investments LLC | February 11, 2016 | April 23, 2015, through May 6, 2016 | Javier Rios | 17 |
| BBVA Compass Bank XXXXXX8157 ("JSG Capital Investments-BBVA-8157") | JSG Capital Investments LLC | February 11, 2016 | April 23, 2015, through May 6, 2016 | Javier Rios | 17 |
| US Bank X XXX XXXX 6022 ("JSG Capital Investments-USB-6022") | JSG Capital Investments LLC | February 18, 2016 | April 24, 2015, through April 30, 2015 | Javier Rios | 18 |
| Bank of America XXXX XXXX 0645 ("JSG Management-BofA-0645") | JSG Management Group LLC | March 4, 2016 | November 4, 2015, through May 5, 2016 | Javier Rios | 19 |

## II.     JSG's Source of Funds is Primarily Comprised of Investor Proceeds

4.     I analyzed and categorized each of the transactions, for each bank account, for the time periods listed in Table 1.  The following Table 2 contains a summary of the analysis and the paragraphs that follow Table 2 describe the methodology of categorization.

**Table 2**

| Category | Inflow | Outflow | Net |
|---|---|---|---|
| **Category A - Inflows from Investors** | | | |
| Investor | 9,986,561.12 | (4,273,820.60) | 5,712,740.52 |
| **Category A Total** | **9,986,561.12** | **(4,273,820.60)** | **5,712,740.52** |
| **Category B - Inflows with Unclear Nature** | | | |
| Cash Deposit | 749,113.00 | - | 749,113.00 |
| Unsure | 491,355.46 | (162,051.37) | 329,304.09 |
| **Category B Total** | **1,240,468.46** | **(162,051.37)** | **1,078,417.09** |
| **Category C - Other Miscellaneous Inflows** | | | |
| Account Closure - Negative Balance | 53,226.80 | - | 53,226.80 |
| Cash Received - Did Not Clear Brokerage | 10,000.00 | - | 10,000.00 |
| Overdraft Protection | 3,500.00 | - | 3,500.00 |
| Internal Transfer | 794,252.90 | (794,170.90) | 82.00 |
| Trial Credit | 2.83 | - | 2.83 |
| Interest Income | 0.42 | - | 0.42 |
| **Category C Total** | **860,982.95** | **(794,170.90)** | **66,812.05** |
| **Category D - Outflows to or for the Benefit of Insiders** | | | |
| Insider | 450,002.67 | (4,858,397.96) | (4,408,395.29) |
| Pex | 39,000.00 | (862,000.00) | (823,000.00) |
| Credit Card | 3,554.72 | (200,280.32) | (196,725.60) |
| Meals/Entertainment | 2,401.10 | (177,636.25) | (175,235.15) |
| Cash Withdrawal | - | (137,695.18) | (137,695.18) |
| Rent and Improvements - Jaswant Gill Residence | - | (115,400.00) | (115,400.00) |
| Retail | 989.18 | (75,980.78) | (74,991.60) |
| Lodging | - | (74,811.08) | (74,811.08) |
| Transportation | 124.00 | (58,453.65) | (58,329.65) |
| Student Loan Repayment | - | (20,767.86) | (20,767.86) |
| Rent - Javier Rios Residence | - | (13,081.82) | (13,081.82) |
| DUI Attorney | - | (10,000.00) | (10,000.00) |
| Bail Bond | - | (5,015.90) | (5,015.90) |
| Rent - Residential | - | (4,920.00) | (4,920.00) |
| Utilities | - | (3,027.07) | (3,027.07) |
| Paypal | - | (1,529.95) | (1,529.95) |
| Housekeeping | - | (1,400.00) | (1,400.00) |
| DMV Fee | - | (572.00) | (572.00) |
| Online Gambling | - | (499.99) | (499.99) |
| Storage | - | (200.79) | (200.79) |
| Online Dating | - | (161.55) | (161.55) |
| San Diego City Treasurer | - | (107.61) | (107.61) |
| Adult Website | - | (95.40) | (95.40) |
| Debit Card | - | (50.00) | (50.00) |
| **Category D Total** | **496,071.67** | **(6,622,085.16)** | **(6,126,013.49)** |

**Table 2 (continued)**

| Category | Inflow | Outflow | Net |
|---|---|---|---|
| **Category E - Outflows to Brokerage Accounts** | | | |
| Insider - Brokerage | 350,700.00 | (744,600.00) | (393,900.00) |
| TD Ameritrade | 54,800.00 | (73,800.00) | (19,000.00) |
| Fidelity | 13,850.00 | (26,000.00) | (12,150.00) |
| **Category E Total** | **419,350.00** | **(844,400.00)** | **(425,050.00)** |
| **Category F - Outflows for Operating Expenses** | | | |
| Charitable Contribution | - | (39,350.00) | (39,350.00) |
| Bank Fee | 31.95 | (39,301.58) | (39,269.63) |
| Legal Fees | - | (36,900.00) | (36,900.00) |
| Professional Services | 573.67 | (27,957.68) | (27,384.01) |
| Debt Payment | - | (25,000.00) | (25,000.00) |
| Rent - Atlanta | - | (14,125.00) | (14,125.00) |
| Phone | - | (8,785.09) | (8,785.09) |
| Financing Company | - | (7,676.21) | (7,676.21) |
| Business Loan | 15,000.00 | (22,500.00) | (7,500.00) |
| Office Rent | - | (5,575.48) | (5,575.48) |
| Taxes | - | (1,974.00) | (1,974.00) |
| Insurance | - | (1,467.99) | (1,467.99) |
| Computer Equipment | - | (1,200.00) | (1,200.00) |
| Postage | - | (920.57) | (920.57) |
| Internet Service Provider | - | (825.00) | (825.00) |
| **Category F Total** | **15,605.62** | **(233,558.60)** | **(217,952.98)** |
| **Total of all Categories** | **13,019,039.82** | **(12,930,086.63)** | **88,953.19** |

5.      An analysis of the transactions contained in JSG's bank accounts, as listed in Table 1, reflect a business whose overwhelming majority of cash inflows are from investors.  As will be described in further detail in the paragraphs that follow, JSG's net cash flow obtained from investors was primarily used to fund payments directly to JSG insiders or for their benefit.  Two bank accounts comprised the majority of transactions contained in Table 2.  Of the $13,019,040 in total inflows, $9,226,333 are in JSG Capital Investments-BBVA-7924 and $1,911,063 are in JSG Capital Investments-JPMC-3712.  None of the other accounts have inflows greater than $500,000.

6.      Category A – Inflows from Investors:  This category represents payments investors made to JSG, payments JSG made back to investors and the resulting net effect.  Transactions categorized as inflows from investors had one or more of the following characteristics:  1) a transaction description contained on a check or wire transfer consistent with an investment including, but not limited to, purchase of pre-IPO shares, fixed income investment, stock purchase or simply

"investment", 2) payment from an individual or entity whereby JSG made subsequent regular payments (i.e. weekly or monthly) back to the individual or entity, 3) payment from an individual or entity whereby JSG made subsequent payments with a check or wire transfer transaction description consistent with an investment including, but not limited to, interest payment, investment income or investment return, or 4) payment from an individual or entity in round thousand dollar increments and consistent with amounts paid from investors in the previous three categories.  In total, at least 188 individuals and entities invested funds with JSG.  Currently, investors appear to continue investing funds with JSG.  For example, on May 5, 2016, an investor wired $24,990 to JSG Capital Investments-BBVA-7924 with a transaction description of, "FIXED INDEX 1 YEAR COMPOUNDED INVESTMENTS."  Additionally, on May 6, 2016, a cashier's check in the amount of $91,000, bearing a date of May 6, 2016, was deposited into JSG Capital Investments-BBVA-7924. The cashier's check contained a caption of "Fixed Income."

       7.     Category B – Inflows with Unclear Nature:  This category represents two broad types of transactions, $749,113 in cash deposits into JSG bank accounts and $491,355 in transactions that could not be categorized based on the information provided by the banks.  $356,009 of the $491,355 in transactions that could not be categorized represent cashier's checks with no remitter and no transaction description.  The remainder of the $491,355 consists of payments from unidentified parties or parties that do not fit the investor characteristics as described in Paragraph 6.  Category B inflows total $1,240,468.  Even if all of those funds represent income JSG generated, aside from investor receipts, it only represents 11.05% ($1,240,468 divided by $11,227,029) of investor receipts plus unclear cash sources (Category A inflows of $9,986,561 plus Category B inflows of $1,240,468).  This proportion is sufficiently small enough that it does not change the fact that JSG's source of funds is primarily comprised of investor proceeds.  Further, it does not appear unreasonable to assume that some portion of the $1,240,468 represents inflows from investors as that category represents the overwhelming majority of JSG's cash receipts.

       8.     Category C – Other Miscellaneous Inflows:  The net cash flow from this category is $66,812 which is sufficiently small enough that it does not change the fact that JSG's source of funds

is primarily comprised of investor proceeds.  The majority of this category is $53,227 in credits issued by banks upon account closure to bring a negative balance up to a zero balance.  Further, JSG received an additional $10,000 from a brokerage account whereby the two checks did not clear the brokerage account.  The description of Category E below contains details of transactions between JSG bank accounts and brokerage accounts.  Transactions designated as "Internal Transfer" reflect funds transferred between JSG bank accounts.  The net cash flow of $82 represents the net effect of transactions with JSG bank accounts that the Commission was unable to obtain transaction support for.  Based on the small size of transfers between the accounts, it appears that accounts the Commission was unable to obtain transaction support for are insignificant.

9.      Category D – Outflows to or for the Benefit of Insiders:  The net cash outflow from this category is $6,126,013 and represents the primary use of net cash flow generated from investors. An insider is defined as an individual who fits one or more of the following criteria:  1) a signatory of any of the bank accounts listed in Table 1, 2) holders of brokerage accounts into which funds from the JSG entities' bank accounts were transferred (this is explained in further detail in the Category E section that follows), 3) certain employees of JSG (Ralph Freeman III, Jarod Kilefner and Karen Dhaliwal, *see* Hawley Decl. ¶¶ 4, 5 and Exhibit C; Johnston Decl. ¶ 4), or 4) an individual that received significant amounts of cash from JSG without putting any cash into JSG, or only put in a comparatively small amount of cash and received several times that amount back.  The first item of Category D, titled "Insider", has a net cash outflow of $4,408,395 and represents the majority of Category D's total of $6,126,013.  The $4,408,395 represents the net effect of either payments directly to or from the personal account of an insider, or cash withdrawals made by an insider at a bank branch when the signature on the withdrawal ticket matched the signature on the signature card. The following Table 3 lists a summary of the aforementioned transactions by insiders.

**Table 3**

| Insider | Inflow | Outflow | Net |
|---|---|---|---|
| Javier Rios | 27,127.18 | (1,771,647.46) | (1,744,520.28) |
| Jonathan Melquist | - | (1,034,900.00) | (1,034,900.00) |
| Joseph Dagg | 78,250.00 | (680,700.00) | (602,450.00) |
| Dana Stallings | 43,300.49 | (354,520.48) | (311,219.99) |
| Jaswant Gill | 7,370.00 | (296,501.00) | (289,131.00) |
| Ralph Freeman III | 79,000.00 | (303,720.00) | (224,720.00) |
| Thai Tang | - | (67,200.00) | (67,200.00) |
| Jarod Kilefner | - | (63,184.28) | (63,184.28) |
| Sunil Vaswani | - | (46,200.00) | (46,200.00) |
| Derrick Runtas | - | (46,000.00) | (46,000.00) |
| Karen Dhaliwal | 134,955.00 | (156,924.74) | (21,969.74) |
| Amit Lalji | 80,000.00 | (36,900.00) | 43,100.00 |
| **Total** | **450,002.67** | **(4,858,397.96)** | **(4,408,395.29)** |

10.    The remaining transactions in Category D appear to be personal in nature, many of which reflect expenses consistent with a lavish lifestyle. Transactions categorized as "Pex" have a net cash outflow of $823,000 and represent transfers to Prepaid Expense Card Solutions, Inc. ("Pex"), an entity that issues prepaid debit cards. On or about March 2, 2016 and May 9, 2016, Pex produced, pursuant to a Commission subpoena, statements reflecting transactions on Pex cards issued to JSG insiders. The transactions cover the period of May 21, 2015 through April 30, 2016. Of the $823,000 that was transferred to Pex, $796,442 was actually spent at vendors, the remainder represents fees and the prepaid balance that remained with Pex as of April 30, 2016. Of the $796,442 in spent funds, $790,871 occurred on a card issued to Gill and $5,571 occurred on a card issued to Freeman. Additionally, Pex included a merchant category field for each transaction. The $796,442 in spent funds is categorized as follows; $395,352 at restaurants, $195,860 for travel and transportation, $181,373 at retail stores, $8,843 on entertainment, $8,215 on professional services, $3,646 at grocery stores, $2,890 on healthcare and childcare services and $262 at hardware stores. Some of the largest spending, by vendor, consists of the following; $68,671 at Tongue and Groove, an Atlanta nightclub; $46,051 at Cartier, a luxury jeweler; $39,414 at St. Regis, a luxury hotel; $37,810 at Cosmopolitan Hotel and Casino in Las Vegas; $32,350 at Gold Room, another Atlanta

nightclub; $31,942 at Four Seasons, another luxury hotel; and $25,001 at IFI, an entity that appears to be associated with adult entertainment clubs in Atlanta.

11.     Under Category D, transactions categorized as "Credit Card" have a net cash outflow of $196,726.  These transactions consist of payments to credit card issuers.  Transactions categorized as "Meals/Entertainment" have a net cash outflow of $175,235.  These transactions primarily consist of funds spent at restaurants and nightclubs.  Of the $175,235, $129,542 represents purchases that were individually greater than $1,000.  Transactions categorized as "Cash Withdrawal" have a net cash outflow of $137,695.  These transactions primarily consist of ATM cash withdrawals.  Transactions categorized as "Rent and Improvements – Jaswant Gill Residence" have a net cash outflow of $115,400.  These transactions consist of payments for the rental of and improvements to Unit 1706 in the Bayside residential high-rise located at 1325 Pacific Highway, San Diego, California, and Unit 4101 in the Sovereign residential high-rise located at 3344 Peachtree Road, Atlanta, Georgia.  Transactions categorized as "Retail" have a net cash outflow of $74,992.  These transactions consist of payments made to retailers such as furniture stores and clothing, apparel and accessory stores.  Transactions categorized as "Lodging" have a net cash outflow of $74,811.  These transactions primarily consist of payments to luxury hotels consistent with the Pex spending described in Paragraph 10.  Transactions categorized as "Transportation" have a net cash outflow of $58,330.  These transactions primarily consist of airfare, car service and Uber rides.  The remaining transactions in Category D sum to a net cash outflow of $61,430 which is comparatively small when compared to the total of Category D.  However, these remaining transactions appear to be personal in nature.  Transactions categorized as "Credit Card," "Meals/Entertainment," "Cash Withdrawal," "Retail," or "Lodging" total $659,459.  $590,427 of the $659,459 is from JSG bank accounts where either Gill or Rios only were the signatories (JSG Capital-USB-3147, JSG Enterprises-BofA-2250, JSG Enterprises-JPMC-1888, JSG Capital Investments-BofA-5098, JSG Capital Investments-JPMC-3712, JSG Capital Investments-BBVA-7924 and JSG Mangement-BofA-0645).

12.     Category E – Outflows to Brokerage Accounts:  The JSG bank accounts reflect that $844,400 was transferred to brokerage accounts and $419,350 was returned to JSG bank accounts

from brokerage accounts, resulting in a net cash outflow of $425,050.  The $844,400 that was transferred to brokerage accounts only represents 8.46% ($844,400 divided by $9,986,561) of the funds that were received from investors.  Further, the $419,350 that was returned to JSG bank accounts from brokerage accounts was insufficient to fund the $4,273,821 that was returned to investors.  The transactions with TD Ameritrade and Fidelity were in accounts with a JSG entity name.  The transactions depicted as "Insider – Brokerage" were with brokerage accounts in the names of individuals.  The following Table 4 lists a summary of the aforementioned transactions by insider.

**Table 4**

| Insider | Inflow | Outflow | Net |
|---|---|---|---|
| Jaswant Gill | 291,800.00 | (493,600.00) | (201,800.00) |
| Amit Lalji | 12,400.00 | (144,500.00) | (132,100.00) |
| Javier Rios | 46,500.00 | (102,000.00) | (55,500.00) |
| Sunil Vaswani | - | (4,400.00) | (4,400.00) |
| Dana Stallings | - | (100.00) | (100.00) |
| **Total** | **350,700.00** | **(744,600.00)** | **(393,900.00)** |

The section that follows contains a more detailed description and analysis of the brokerage accounts that JSG transacted with.

13.     Category F – Outflows for Operating Expenses:  The transactions in this category appear to be expenses that businesses typically incur.  However, some of these expenses could contain amounts that are personal in nature.

**III.     Brokerage Account Summary and Transaction Analysis**

14.     Between July 1, 2013 and the current, JSG and the individuals listed in Table 4 maintained several brokerage accounts that the Commission received transaction level detail of, including via the issuance of document requests.  The following Table 5 lists each account, when the records were initially produced to the Commission and the time period the information covers.  Among the account information described, or used as the basis for the summaries, in the paragraphs that follow are account statements, account opening documents, wire transfers and check disbursements, as produced, for the following accounts.

**Table 5**

| Brokerage Account Number | Name Account Held In | Production Date | Time Period Covered by Production |
|---|---|---|---|
| TD Ameritrade XXXXX9987 ("Stallings-TD Ameritrade-9987") | Dana Stallings & Jaswant Gill | February 23, 2016 | July 1, 2013 through January 31, 2016 |
| TD Ameritrade XXXXX6327 ("JSG Capital-TD Ameritrade-6327") | JSG Capital LLC | February 23, 2016 | August 1, 2013 through May 31, 2014 |
| Fidelity XXX-XX2983 ("Vaswani-Fidelity-2983") | Sunil Vaswani | April 14, 2016 | January 31, 2014 through March 31, 2016 |
| Fidelity XXX-XX4706 ("JSG Capital-Fidelity-4706") | JSG Capital LLC | February 18, 2016 | March 6, 2014 through January 31, 2016 |
| Fidelity XXX-XX3851 ("Lalji-Fidelity-3851") | Amit Lalji | April 14, 2016 | May 6, 2014 through March 31, 2016 |
| TD Ameritrade XXXXX9943 ("JSG Enterprises-TD Ameritrade-9943") | JSG Enterprises LLC | March 14, 2016 | July 1, 2014 through September 30, 2015 |
| Charles Schwab XXXX-5940 & XXXX-5134 ("Lalji-Charles Schwab-5940 & 5134") | Amit Lalji | April 13, 2016 | August 12, 2014 through January 31, 2015 |
| Fidelity XXX-XX1334 & XXX-XX3228 ("Rios-Fidelity-1334 & 3228") | Javier Rios | March 21, 2016 | August 29, 2014 through January 31, 2015 |
| Charles Schwab XXXX-8132 ("Rios-Charles Schwab-8132") | Javier Rios | March 22, 2016 | December 19, 2014 through February 29, 2016 |
| TD Ameritrade XXXXX8874 ("JSG Capital Investments-TD Ameritrade-8874") | JSG Capital Investments LLC | February 23, 2016 | January 1, 2015 through January 31, 2016 |
| Etrade XXXX6531 ("Gill-Etrade-6531") | Jaswant Gill | February 10, 2016 | March 1, 2015 through January 31, 2016 |
| Scottrade XXXXXXXX4998 & XXXX8762 ("Gill-Scottrade-4998 & 8762") | Jaswant Gill | April 6, 2016 | July 1, 2015 through February 29, 2016 |

15.     I analyzed and categorized each of the transactions, for each brokerage account, for the time periods listed in Table 5.  The following Table 6 contains a summary of the analysis and the paragraphs that follow Table 6 describe the methodology of categorization.

**Table 6**

| Brokerage Account | Deposits From JSG Bank Accounts | Deposits From Non-JSG Bank Accounts | Withdrawals To JSG Bank Accounts | Withdrawals To Non-JSG Bank Accounts | Margin Loan Write Offs | Trading Gain/(Loss) & Fees | Ending Balance |
|---|---|---|---|---|---|---|---|
| Stallings-TD Ameritrade-9987 | 100.00 | - | - | - | - | (25.65) | **74.35** |
| JSG Capital-TD Ameritrade-6327 | 44,000.00 | 9,000.00 | (2,500.00) | (926.36) | 35,945.35 | (85,518.99) | **-** |
| Vaswani-Fidelity-2983 | 4,400.00 | - | - | (4,386.68) | - | 0.06 | **13.38** |
| JSG Capital-Fidelity-4706 | 26,000.00 | - | (13,850.00) | (3,350.00) | - | (8,791.76) | **8.24** |
| Lalji-Fidelity-3851 | 14,000.00 | - | (12,400.00) | - | - | (1,556.14) | **43.86** |
| JSG Enterprises-TD Ameritrade-9943 | 29,800.00 | - | (34,800.00) | - | 53,775.92 | (48,775.92) | **-** |
| Lalji-Charles Schwab-5940 & 5134 | 130,500.00 | 9,050.00 | - | (30,169.00) | 32,900.17 | (142,281.17) | **-** |
| Rios-Fidelity-1334 & 3228 | 75,000.00 | - | (46,500.00) | (547.20) | - | (27,952.80) | **-** |
| Rios-Charles Schwab-8132 | 27,000.00 | - | - | - | - | (100,942.23) | **(73,942.23)** |
| JSG Capital Investments-TD Ameritrade-8874 | - | - | (17,500.00) | - | 38,605.94 | (21,105.94) | **-** |
| Gill-Etrade-6531 | 218,000.00 | 1,943.04 | (241,800.00) | (6,102.05) | - | 27,959.01 | **-** |
| Gill-Scottrade-4998 & 8762 | 275,600.00 | - | (50,000.00) | (4,558.00) | - | (221,041.31) | **0.69** |
| **Total** | **844,400.00** | **19,993.04** | **(419,350.00)** | **(50,039.29)** | **161,227.38** | **(630,032.84)** | **(73,801.71)** |

16.     The column titled "Deposits From JSG Bank Accounts," totaling $844,400, represents cash inflows from bank accounts in the name of JSG.  The column titled "Withdrawals To JSG Bank Accounts," totaling $419,350, represents cash outflows back to bank accounts in the name of JSG. Each of these totals agrees to the portion of Table 2 titled "Category E – Outflows to Brokerage Accounts."  Of the $844,400 transferred into brokerage accounts from JSG bank accounts, $99,800 was transferred into brokerage accounts in the names of either JSG Capital or JSG Enterprises.  These transfers were from bank accounts belonging to JSG Capital or JSG Enterprises (JSG Capital-BofA-5156, JSG Capital-WF-5164 and JSG Enterprises-BOW-3219).  Of the remaining $744,600 ($844,400 minus $99,800) that was transferred into brokerage accounts in the names of individuals, $726,100 was from JSG bank accounts where either Gill or Rios only were the signatories (JSG Enterprises-JPMC-1888, JSG Capital Investments-JPMC-3712 and JSG Capital Investments-BBVA-7924).  On February 18, 2016, National Financial Services LLC produced, pursuant to a Commission document request, account opening documents and statements for JSG Capital-Fidelity-4706. Attached as Exhibit 31 is the account opening documents for JSG Capital-Fidelity-4706.

17.     The column titled "Deposits From Non-JSG Bank Accounts," totaling $19,993, primarily represents cash inflows where the source of the deposit is unclear from the records obtained by the Commission.  Based on the transactions for the bank accounts listed in Table 1, it does not appear that the individual deposits comprising the $19,993 were from a JSG bank account.  The column titled "Withdrawals To Non-JSG Bank Accounts," totaling $50,039, primarily represents two broad types of transactions; 1) cash outflows where the recipient of the funds is unclear from the records obtained by the Commission, and 2) what appear to be expenditures of a personal nature, consistent with those described in Paragraph 11 above, including, but not limited to, spending at restaurants, retail establishments, lodging and transportation.

18.     The column titled "Margin Loan Write Offs," totaling $161,227, represents credits issued by brokerages upon account closure to bring a negative balance up to a zero balance.  The column titled "Trading Gain/(Loss) & Fees," totaling a net loss of $630,033, represents funds lost while engaged in the activity of trading securities plus brokerage fees and expenses.

19.     The column titled "Ending Balance," totaling negative $73,802, represents the cumulative ending balances in the accounts as of the date listed in Table 5 in the "Time Period Covered by Production" column.  The cumulative negative balance is the result of the Rios-Charles Schwab-8132 account.  Due to the loss of funds while trading securities on margin, the account has had a negative balance of $73,942 since January 31, 2015 that the brokerage has not yet written off.  The remaining accounts either have a zero balance and are closed or individually have a balance of less than $100.

20.     In summary, JSG bank accounts funded $844,400 into several brokerage accounts.  Those same JSG bank accounts received back from the brokerage accounts roughly half of what was funded.  This is primarily due to losses that were sustained while engaged in the activity of trading securities.

**IV.     Specific Use of Investor Funds Examples**

21.     The following paragraphs in this section provide specific examples of how JSG used certain funds obtained from investors.

22.     Example 1 – JSG Capital-WF-5164 January 10, 2014 through February 7, 2014:  On January 10, 2014, the beginning balance in the JSG Capital-WF-5164 account was $11,678.  Between January 10, 2014 and February 7, 2014, the account received $101,500 in deposits and disbursed $108,495, leaving an ending balance of $4,683.  The following Table 7 contains a summary of the deposits and disbursements by category.

**Table 7**

| Category | Amount |
|---|---|
| Investors - Inflow | 95,000.00 |
| Cash Deposit | 5,000.00 |
| Insider - Inflow | 1,500.00 |
| Insider | (73,600.00) |
| Investors - Outflow | (25,980.00) |
| Rent and Improvements - Jaswant Gill Residence | (3,675.00) |
| Financing Company | (2,000.00) |
| Professional Services | (1,529.00) |
| Phone | (595.00) |
| Meals/Entertainment | (238.73) |
| Housekeeping | (200.00) |
| Unsure | (200.00) |
| Utilities | (150.00) |
| Retail | (131.51) |
| Insider - Brokerage | (100.00) |
| Internet Service Provider | (50.00) |
| DMV Fee | (32.00) |
| Bank Fee | (14.00) |
| **Net** | **(6,995.24)** |

The categories in the table above are a subset of and are consistent with the categorization for all JSG bank accounts as contained in Table 2.  Amounts categorized as inflows from investors are consistent with the investor criteria described in Paragraph 6.  Table 7 reflects that almost all the cash received by JSG Capital-WF-5164, between January 10, 2014 and February 7, 2014, was from investors.  The cash received from investors was primarily used to make payments to insiders and investors.  It was also used, to a lesser extent, to make what appear to be payments for personal expenses and operating expenses.  Refer to Exhibit 20 for categorization by transaction and Exhibit 21 for the bank statement and transaction support.

23.     Example 2 – JSG Capital Investments-JPMC-3712 March 10, 2015 through March 23, 2015:  On March 10, 2015, the beginning balance in the JSG Capital Investments-JPMC-3712 account was $25,361.  Between March 10, 2015 and March 23, 2015, the account received $370,000 in deposits and disbursed $376,018, leaving an ending balance of $19,343.  The following Table 8 contains a summary of the deposits and disbursements by category.

**Table 8**

| Category | Amount |
|---|---|
| Investors - Inflow | 370,000.00 |
| Insider - Brokerage | (185,000.00) |
| Insider | (118,050.00) |
| Investors - Outflow | (43,270.00) |
| Credit Card | (9,000.00) |
| Retail | (5,806.98) |
| Rent and Improvements - Jaswant Gill Residence | (3,750.00) |
| Meals/Entertainment | (3,494.10) |
| Cash Withdrawal | (3,000.00) |
| Lodging | (2,400.55) |
| Transportation | (1,438.00) |
| Professional Services | (247.90) |
| Utilities | (240.87) |
| Internal Transfer | (150.00) |
| Unsure | (69.95) |
| Phone | (59.85) |
| Bank Fee | (40.00) |
| **Net** | **(6,018.20)** |

The categories in the table above are a subset of and are consistent with the categorization for all JSG bank accounts as contained in Table 2.  Amounts categorized as inflows from investors are consistent with the investor criteria described in Paragraph 6.  Table 8 reflects that all the cash received by JSG Capital Investments-JPMC-3712, between March 10, 2015 and March 23, 2015, was from investors. The cash received from investors was primarily used to fund an insider brokerage account and make payments to insiders and investors.  It was also used, to a lesser extent, to make what appear to be payments for personal expenses and operating expenses.  Refer to Exhibit 22 for categorization by transaction and Exhibit 23 for the bank statement and transaction support.

24.     The $185,000 categorized as "Insider – Brokerage" represents transfers made to Gill-Etrade-6531.  The statements for this account show that the account was opened in March 2015 and prior to the $185,000 in transfers, the only transfer to the account was for $500.  On March 30, 2015 (after the period of March 10, 2015 through March 23, 2015 described in the paragraph above), $209,000 was transferred from Gill-Etrade-6531 back to JSG Capital Investments-JPMC-3712.  The $209,000 includes the $185,000 plus proceeds from a trading gain.  Immediately after JSG Capital Investments-JPMC-3712 received the $209,000, $210,000 was withdrawn by insider Rios.  Rios received the $210,000 withdrawal in $100 bills (Exhibit 24).

25.     Example 3 – JSG Capital Investments-BBVA-7924 June 9, 2015 through June 19, 2015:  On June 9, 2015, the beginning balance in the JSG Capital Investments-BBVA-7924 account was $351.  Between June 9, 2015 and June 19, 2015, the account received $281,010 in deposits and disbursed $278,459, leaving an ending balance of $2,902.  The following Table 9 contains a summary of the deposits and disbursements by category.

**Table 9**

| Category | Amount |
|---|---|
| Investors - Inflow | 281,010.00 |
| Credit Card | 0.15 |
| Insider | (173,700.00) |
| Investors - Outflow | (62,115.00) |
| Pex | (40,000.00) |
| Bank Fee | (1,175.50) |
| Transportation | (776.00) |
| Retail | (692.78) |
| **Net** | **2,550.87** |

The categories in the table above are a subset of and are consistent with the categorization for all JSG bank accounts as contained in Table 2.  Amounts categorized as inflows from investors are consistent with the investor criteria described in Paragraph 6.  Table 9 reflects that all the cash received by JSG Capital Investments-BBVA-7924, between March 10, 2015 and March 23, 2015, was from investors. The cash received from investors was primarily used to make payments to insiders and investors and

to fund personal expenses.  Refer to Exhibit 25 for categorization by transaction and Exhibit 26 for the bank statement and transaction support.

26.    Example 4 – JSG Capital Investments-BBVA-7924 December 11, 2015 through December 18, 2015:  On December 11, 2015, the beginning balance in the JSG Capital Investments-BBVA-7924 account was $26,158.  Between December 11, 2015 and December 18, 2015, the account received $212,767 in deposits and disbursed $239,330, leaving an ending balance of negative $405.  The following Table 10 contains a summary of the deposits and disbursements by category.

**Table 10**

| Category | Amount |
|---|---|
| Investors - Inflow | 212,766.79 |
| Investors - Outflow | (110,370.00) |
| Insider | (76,450.00) |
| Legal Fees | (10,000.00) |
| DUI Attorney | (10,000.00) |
| Pex | (10,000.00) |
| Lodging | (7,093.27) |
| Internal Transfer | (5,050.00) |
| Credit Card | (3,317.90) |
| Meals/Entertainment | (2,611.85) |
| Bank Fee | (2,112.00) |
| Transportation | (1,100.36) |
| Unsure | (1,017.95) |
| Retail | (206.91) |
| **Net** | **(26,563.45)** |

The categories in the table above are a subset of and are consistent with the categorization for all JSG bank accounts as contained in Table 2.  Amounts categorized as inflows from investors are consistent with the investor criteria described in Paragraph 6.  Table 10 reflects that all the cash received by JSG Capital Investments-BBVA-7924, between December 11, 2015 and December 18, 2015, was from investors.  The cash received from investors was primarily used to make payments to investors and insiders.  It was also used, to a lesser extent, to make what appear to be payments for personal expenses and operating expenses.  Refer to Exhibit 27 for categorization by transaction and Exhibit 28 for the bank statement and transaction support.

27.     Example 5 – JSG Capital Investments-BBVA-7924 February 3, 2016:  On February 3, 2016, the beginning balance in the JSG Capital Investments-BBVA-7924 account was $1,896.  On February 3, 2016, the account received $120,000 in deposits and disbursed $123,644, leaving an ending balance of negative $1,748.  The following Table 11 contains a summary of the deposits and disbursements by category.

**Table 11**

| Category | Amount |
|---|---|
| Investors - Inflow | 120,000.00 |
| Investors - Outflow | (64,805.00) |
| Insider | (51,000.00) |
| Rent and Improvements - Jaswant Gill Residence | (3,900.00) |
| Rent - Atlanta | (2,000.00) |
| Internal Transfer | (1,750.00) |
| Transportation | (157.50) |
| Bank Fee | (32.00) |
| **Net** | **(3,644.50)** |

The categories in the table above are a subset of and are consistent with the categorization for all JSG bank accounts as contained in Table 2.  Amounts categorized as inflows from investors are consistent with the investor criteria described in Paragraph 6.  Table 11 reflects that all the cash received by JSG Capital Investments-BBVA-7924, on February 3, 2016, was from a single investor.  The cash received from the investor was primarily used to make payments to investors and insiders.  It was also used, to a lesser extent, to make what appear to be payments for personal expenses and operating expenses.  Refer to Exhibit 29 for categorization by transaction and Exhibit 30 for the bank statement and transaction support.

**V.     JSG Did Not Transfer Funds to Investment Banks or Venture Capital Firms, Nor Were Certain Investors' Funds Used to Purchase Shares in Private Companies**

28.     None of the 22 JSG bank accounts listed in Table 1 appear to contain payments to Morgan Stanley, Benchmark Capital, Sequoia Capital, Kleiner Perkins Caufield & Byers, or GGV Capital.

29.      On March 7, 2014, Tracy Johnston transferred $50,000 to JSG Capital-WF-5164.  The beginning balance in JSG Capital-WF-5164 on March 7, 2014 was $8,701.  JSG primarily used Johnston's transfer to 1) fund a March 7, 2014 $15,000 cash withdrawal by insider Stallings, 2) fund a March 10, 2014 $10,000 cash withdrawal by insider Stallings and 3) fund a March 10, 2014 transfer of $26,000 to JSG Capital-Fidelity-4706.  The $26,000 transfer to JSG Capital-Fidelity-4706 was the only deposit received by that brokerage account.  Trading only occurred in that account during the month of March 2014.  The trading occurred in the following companies, FuelCell Energy Inc., La Jolla Pharmaceutical Co., magicJack VocalTec Ltd., Krispy Kreme Doughnuts Inc., OXiGENE Inc., Plug Power Inc. and Venaxis Inc.  In total, JSG Capital-Fidelity-4706 sustained a trading loss and fess of $8,792 and the majority of the remaining funds were returned to two JSG Capital bank accounts where it was commingled with other funds in those accounts.

30.      On February 18, 2016, Piyusha Zope transferred $25,000 to JSG Capital Investments-BBVA-7924.  The wire transfer contained a transaction description of "UBER" and "INVESTMENT INCOME."  The beginning balance in JSG Capital Investments-BBVA-7924 on February 18, 2016 was negative $955.  JSG primarily used Zope's transfer to fund the following February 18, 2016 payments, 1) $10,000 to insider Dagg, 2) $9,330 to 16 pre-existing investors and 3) $2,500 to Pex for the benefit of insider Gill as described in Paragraph 10.

## VI.      Summary of JSG Bank Account Activity During the Period March 1, 2016 Through May 6, 2016

31.      During the period of March 1, 2016 through May 6, 2016, three of the JSG bank accounts contained in Table 1 were open and active.  The three accounts are JSG Capital Investments-BBVA-7924, JSG Capital Investments-BBVA-8157 and JSG Management-BofA-0645.  The following Table 12 contains a summary of transactions, by transaction category type, for each of the three accounts for the period March 1, 2016 through May 6, 2016.  The information contained in Table 12 is a subset of the information contained in Table 2.  Thus, the methodology of transaction categorization is the same between the two tables.  The cumulative March 1, 2016 beginning balance in the three accounts was $7,722.

**Table 12**

| Category | Inflow | Outflow | Net |
|---|---|---|---|
| **Category A - Inflows from Investors** | | | |
| Investor | 2,497,515.72 | (1,057,052.50) | 1,440,463.22 |
| **Category A Total** | **2,497,515.72** | **(1,057,052.50)** | **1,440,463.22** |
| **Category B - Inflows with Unclear Nature** | | | |
| Cash Deposit | 162,693.00 | - | 162,693.00 |
| Unsure | 22,328.00 | (62,754.40) | (40,426.40) |
| **Category B Total** | **185,021.00** | **(62,754.40)** | **122,266.60** |
| **Category C - Other Miscellaneous Inflows** | | | |
| Interest Income | 0.11 | - | 0.11 |
| Trial Credit | 0.02 | - | 0.02 |
| Internal Transfer | 236,020.00 | (236,020.00) | - |
| **Category C Total** | **236,020.13** | **(236,020.00)** | **0.13** |
| **Category D - Outflows to or for the Benefit of Insiders** | | | |
| Insider | 65,000.00 | (989,545.78) | (924,545.78) |
| Pex | - | (334,500.00) | (334,500.00) |
| Credit Card | - | (72,385.72) | (72,385.72) |
| Rent and Improvements - Jaswant Gill Residence | - | (26,600.00) | (26,600.00) |
| Cash Withdrawal | - | (16,903.00) | (16,903.00) |
| Lodging | - | (13,629.16) | (13,629.16) |
| Student Loan Repayment | - | (6,915.80) | (6,915.80) |
| Transportation | - | (5,278.43) | (5,278.43) |
| Meals/Entertainment | - | (4,647.56) | (4,647.56) |
| Rent - Javier Rios Residence | - | (2,036.82) | (2,036.82) |
| Retail | - | (1,187.96) | (1,187.96) |
| DMV Fee | - | (540.00) | (540.00) |
| San Diego City Treasurer | - | (107.61) | (107.61) |
| Utilities | - | (92.08) | (92.08) |
| **Category D Total** | **65,000.00** | **(1,474,369.92)** | **(1,409,369.92)** |
| **Category F - Outflows for Operating Expenses** | | | |
| Charitable Contribution | - | (36,250.00) | (36,250.00) |
| Legal Fees | - | (15,000.00) | (15,000.00) |
| Bank Fee | - | (9,369.63) | (9,369.63) |
| Rent - Atlanta | - | (6,125.00) | (6,125.00) |
| Professional Services | 573.28 | (3,545.18) | (2,971.90) |
| Insurance | - | (894.81) | (894.81) |
| Postage | - | (783.40) | (783.40) |
| Phone | - | (734.15) | (734.15) |
| **Category F Total** | **573.28** | **(72,702.17)** | **(72,128.89)** |
| **Total of all Categories** | **2,984,130.13** | **(2,902,898.99)** | **81,231.14** |

32.     The source and use of funds contained in Table 12 is similar to that of Table 2. Specifically, the primary source of cash receipts during the period was from investors and totaled just under $2.5 million. Of this amount, $1,057,053 was paid back to investors. The remainder was primarily used to make $1,409,370 in direct payments to insiders or for their benefit.

33.     The last week of available bank records, covering the period May 2, 2016 through May 6, 2016 reflects a similar theme to that in Table 12. The cumulative May 2, 2016 beginning balance in the three accounts was $20,521. During this period, excluding internal transfers between bank accounts, $153,900 was deposited into the JSG bank accounts. $144,890 was from investors and $8,500 was in cash deposits. The deposits were used to make $60,585 in payments to investors, $20,200 in payments to an insider and $4,173 in other miscellaneous payments. The excess of the beginning balance and deposits above and beyond the payments represents JSG's cash balance on hand at May 6, 2016.

**VII.    JSG Management Group LLC's Source of Funds**

34.     JSG Management Group LLC appears to have only maintained one bank account, JSG Management-BofA-0645. During the life of this account, from November 4, 2015 through May 5, 2016, the account received $297,273 in deposits. The deposits came from three sources, 1) $191,593 in cash deposits, 2) $105,650 in transfers from JSG Capital Investments-BBVA-7924 and 3) $30 for a credit against bank fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on May 25, 2016.

John A. Roscigno