JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. |
| Plaintiff, | **DECLARATION OF TRACY JOHNSTON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** |
| v. | |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

Case No. _____

I, Tracy Johnston, declare as follows:

1.      I am over 18 years of age and of competent mind.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, would so testify.

2.      I live in Descanso, California.  I am a high school graduate, and took two years of general education college classes.  I am employed as a construction estimator.

3.      I met Jason Gill through my wife, who met him through her work as a host at a casino. In early 2014, Mr. Gill asked her if we were interested in an investment opportunity.  Mr. Gill gave my wife his email address and asked her to contact him if we were interested in learning more about the opportunity.  I then contacted Mr. Gill and we exchanged a number of emails on February 25 and 26, 2014.  True and correct copies of all the emails we exchanged on these dates are attached as Exhibit A.

4.      On March 3, 2014, an individual purportedly named Karen Dhaliwal, whose email signature stated that she was a Legal/Compliance Officer at JSG Capital LLC in San Francisco, sent me an email.  A true and correct copy of this email is attached as Exhibit B.

5.      On March 6, 2014, I entered into an agreement titled "Promissory Conversion Note Agreement," a true and correct copy of which is attached as Exhibit C.

6.      On or near March 6, 2014, I sent $50,000 by wire transfer from my bank to JSG Capital LLC's Wells Fargo bank account.

7.      On April 16, 2014, September 16, 2014, and March 15, 2015, I entered into three revised agreements all titled, "Revised Promissory Conversion Note Agreement," true and correct copies of which are attached as Exhibits D, E, and F, respectively.

8.      While the agreements state my investment allocates shares of Alibaba stock to me, I have never received any share certificates or other information showing that such shares were actually allocated to me.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in DESCANSO, California on May 17, 2016.

_____
Tracy Johnston

# Johnston Declaration

# Exhibit A

**Attachments:**   Ryan Duty Alibaba Conversion Note.pdf
                         sigimg1
                         sigimg1
                         sigimg1
                         sigimg1

From: jgill@jsgcapital.com
To: tracyjohnston10@hotmail.com
Subject: RE: Alibaba
Date: Wed, 26 Feb 2014 15:00:14 -0700

Tracy,

Its about giving back to people and friends.  I could easily have allocated shares to individuals that are wealthy and will only get wealthier via this IPO.  I saw a lot of friends and family lose homes and were financially ruined from the housing debacle in 2008 caused by Wall Street, including my own sister.  This is just a way of leveling the playing field a little bit.  Some people will take this windfall and change their lives for the better, others will just purchase material items - this just gives you that opportunity. to make your own choice.  I've attached an actual client contract from an investor that signed up two weeks ago.  In 2003 I was able to give my relatives access to Google, but they sold out the gate and now at a price of $1200 they are kicking themselves. Wealth is alll relative, some achieved by skill, invention and some by seizing an opportunity.  This is just an opportunity - what you make of it is your decision.


Sincerely,

Jason Gill - CEO-Founding Partner
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-500
Local - 415-295-4667 |ext-500
Cell - 415-730-6170
Email - jgill@jsgcapital.com



This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this communication in error, please destroy all copies of the message, whether in electronic or hard copy format, as well as attachments and immediately contact the sender by replying to this email. Thank you!

-------- Original Message --------
Subject: RE: Alibaba
From: Tracy Johnston <tracyjohnston10@hotmail.com>
Date: Wed, February 26, 2014 11:37 am
To: "jgill@jsgcapital.com" <jgill@jsgcapital.com>

Liquidated about 30k stock today, will probably take a week or so to clear but
that should get us started for now- may end up getting more. I guess next
step is to set up an account with your company?  Not sure how Katy and I
would ever repay the favor if this is as lucrative as it should be. We of course
would want you to manage future investments in the account. I have to
admit though, it feels a little weird getting in on an IPO like this. Katy has
good things to say about you, I just cant believe you would offer us the
opportunity.
Thank Again!
Tracy

From: jgill@jsgcapital.com
To: tracyjohnston10@hotmail.com
Subject: RE: Alibaba
Date: Wed, 26 Feb 2014 09:39:53 -0700

We would like to allocate shares by March 15th but no later than March 30th
at the latest.  I've allocated shares for friends and family so whatever you
decide will be set aside in a trust account until the IPO date.  We pay the 5%
on any investment over 25k.  Let me know if you have any friends or family
that would be interested as we can pool the shares together under one
account for a higher interest payment and total number of shares.  I would do
the contract for $30k now and sign that and that still allows you a few weeks
to be "creative".  Let me know as I will allocate based on your instructions.
Have a great day!

Sincerely,

Jason Gill - CEO-Founding Partner
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-500
Local - 415-295-4667 |ext-500
Cell - 415-730-6170
Email - jgill@jsgcapital.com



This message is intended only for the use of the Addressee(s) and may
contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT
FROM DISCLOSURE under applicable law. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein is STRICTLY PROHIBITED. If you
received this communication in error, please destroy all copies of the
message, whether in electronic or hard copy format, as well as attachments

and immediately contact the sender by replying to this email. Thank you!

-------- Original Message --------
Subject: RE: Alibaba
From: Tracy Johnston <tracyjohnston10@hotmail.com>
Date: Wed, February 26, 2014 6:47 am
To: "jgill@jsgcapital.com" <jgill@jsgcapital.com>

Jason,
It is first come first served, how much time do we have? I may
take a couple of weeks for my funds to clear.
Unfortunately I dont think we can do more than 30K right now
unless we have more time to get creative. Maybe we could see
if you have any left in a few weeks. I know you probably have a
minimum at your firm so it is very kind of you to help us. Do
you pay 5% monthly on 30K too, that would help with
penalties/taxes.

From: jgill@jsgcapital.com
To: tracyjohnston10@hotmail.com
Subject: RE: Alibaba
Date: Tue, 25 Feb 2014 22:07:39 -0700

Tracy,

No worries.  Just wanted you to use your full leveraging power
because with the monthly interest payment it could compensate
if you took a loan or credit card advance to purchase as many
shares as possible.  Also the interest payment will not be
reported.  Let me know when you have discussed with Katy and
your thoughts.  You would be signing a Promissory Conversion
Note Agreement, confirming shares, price, interest payment
guarantee and full repayment of investment should Alibaba not
go public due to any event.  We actually invest in start up
companies dealing with robotic technology, artificial intelligence
and social media.  I will keep you informed on the next major
investment.  After Alibaba, we will be receiving shares for the
Bitcoin IPO.  That will revolutionize virtual currency and stabilize
the downward price slide.


Sincerely,

Jason Gill - CEO-Founding Partner
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-500
Local - 415-295-4667 |ext-500
Cell - 415-730-6170
Email - jgill@jsgcapital.com



This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this communication in error, please destroy all copies of the message, whether in electronic or hard copy format, as well as attachments and immediately contact the sender by replying to this email. Thank you!

-------- Original Message --------
Subject: RE: Alibaba
From: Tracy Johnston
 <tracyjohnston10@hotmail.com>
Date: Tue, February 25, 2014 8:31 pm
To: "jgill@jsgcapital.com" <jgill@jsgcapital.com>

Jason,
Thanks for the info. I'll talk this over with Katy. If the transfer isn't feasible I could always liquidate some stock I have and pay the penalties, probably worth the trade off. Sounds like there is a sense of urgency. We will get back to you soon. Alibaba;s valuation seems to be in line with your predictions, sounds like a once in a lifetime investment for us.
Thanks Again,
Tracy

From: jgill@jsgcapital.com
To: tracyjohnston10@hotmail.com
Subject: RE: FW: Alibaba
Date: Tue, 25 Feb 2014 21:11:23 -0700

Tracy:

Thank you for the quick reply and interest in the upcoming Alibaba IPO.  Let me give you some insight before we discuss the financial parameters.  I worked at Morgan Stanley for about 7 years heading their Investment Banking Division in New York.  I then branched out and opened my own Venture Capital Firm along with our partner company Kholsa Ventures.  Due to my relationship and dealings with Morgan Stanley, my firm has been allocated a certain number of shares that we will be giving to our high net worth clients and investors as well as keeping some for the firm.  Ive delegated our disbursement department too allocate about 100k shares for friends and family.  With the demand of Alibaba and the enormous valuation they currenlty have of about $153 billion these shares will be consumed

rather quickly.

While 2000 shares is certainly reasonable, I think this could be a game-changer.  Currently Alibaba has more revenue than Amazon and Ebay combined and it is growing exponentially.  We believe at out firm and at Morgan Stanley that the opening day price will be between $70.00 to $100 per share and in 6 months at least $200.00.  While I can't tell prospective clients what to do, I would purchase as many shares as possible and leverage the return.   You are obtaining these shares at at pre-ipo price of $10.00 per share.  If you had 5000 shares and it reached 100 opening day, that would equate to $500k windfall.  Also due the uncertainty of the actual IPO date (it must be by Dec. 31st)  we are are paying clients a 5% monthly interest payment on the amount invested.  (i.e $50k would be $2500 per month until the IPO date).  Our hope is when you do achieve success you reinvest in future IPO's or in startup companies that we are soliciting.

I will have to speak to our legal department about transferring from a 401k because I do not know if we can accept payment for shares using that format.  I will have legal or disbursement contact you with those answers.  But as indicated, this could change your life.  Look forward to hearing from you and answering your questions.  Please look at my LinkedIn profile and you will see my experience, contacts and field of expertise.


Sincerely,

Jason Gill - CEO-Founding Partner
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-500
Local - 415-295-4667 |ext-500
Cell - 415-730-6170
Email - jgill@jsgcapital.com



This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this

communication in error, please destroy all copies
of the message, whether in electronic or hard
copy format, as well as attachments and
immediately contact the sender by replying to this
email. Thank you!

-------- Original Message --------
Subject: FW: Alibaba
From: Tracy Johnston
 <tracyjohnston10@hotmail.com>
Date: Tue, February 25, 2014 7:39
pm
To: "jgill@jsgcapital.com"
 <jgill@jsgcapital.com>, Katy
Johnston
<katynotkate@hotmail.com>

Jason,
I am familiar with this company and
 their IPO sounds exciting.
It would be best for us to transfer $$
 from our 401k to another 401K if
 you manage 410ks to avoid tax
 penalties.
We could probably do 2000 shares or
 so. If we cant do it this way then we
 will need to discuss other options,
 either way we want in. Thank you
 very much for the opportunity, I
 know it is impossible for us to be
 inside on an IPO and your thinking
 of Katy is very much appreciated.
Tracy

# Johnston Declaration

# <u>Exhibit B</u>

From: kdhaliwal@jsgcapital.com
To: tracyjohnston10@hotmail.com
Subject: RE: Alibaba Share Allocation
Date: Mon, 3 Mar 2014 16:31:55 -0700

Mr. Johnston:

I will email the contract to you tomorrow so that you have it in your possession but will designate the start date to be March 7th.  If your funds are received either Wednesday or Thursday by your receiving bank a corresponding to wire to JSG Capital can credited the same day the wire is transferred.  Taking that in to consideration I believe we will be fine by Friday.  Thank you.

Sincerely,

Karen Dhaliwal - Legal/Compliance Officer
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-545
Local - 415-295-4667 |ext-545
Email - kdhaliwal@jsgcapital.com

This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this communication in error, please destroy all copies of the message, whether in electronic or hard copy format, as well as attachments and immediately contact the sender by replying to this email. Thank you!

-------- Original Message --------
Subject: RE: Alibaba Share Allocation
From: Tracy Johnston <tracyjohnston10@hotmail.com>
Date: Mon, March 03, 2014 3:47 pm
To: "kdhaliwal@jsgcapital.com" <kdhaliwal@jsgcapital.com>

Karen,
I am still waiting for funds to clear and get wired to my bank, should happen

any day.  I am thinking Wed or Thurs everything should be in place for
transfer to JSG. So lets hold off mailing contract until you hear from me.
Does that work?
Thank You,
Tracy

---

From: kdhaliwal@jsgcapital.com
To: tracyjohnston10@hotmail.com
Subject: RE: Alibaba Share Allocation
Date: Mon, 3 Mar 2014 15:40:10 -0700

Mr. Johnston:

The contract will be completed by end of business today.  However I do not
want to send it until I know the time frame that signatures can be completed
and funds received.  Due to the interest payments and compliance issues we
have a 48 hour window to receive funds once a contract is completed.    Let
me know when I should email the contract accordingly.  The shares have
been set aside under your name Tracy Earl Johnston and the beneficiary is
Katy Ann Johnston.


Sincerely,

Karen Dhaliwal - Legal/Compliance Officer
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-545
Local - 415-295-4667 |ext-545
Email - kdhaliwal@jsgcapital.com


This message is intended only for the use of the Addressee(s) and may
contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT
FROM DISCLOSURE under applicable law. If you are not the intended
recipient, you are hereby notified that any disclosure, copying, distribution, or
use of the information contained herein is STRICTLY PROHIBITED. If you
received this communication in error, please destroy all copies of the
message, whether in electronic or hard copy format, as well as attachments
and immediately contact the sender by replying to this email. Thank you!


-------- Original Message --------
Subject: RE: Alibaba Share Allocation
From: Tracy Johnston <tracyjohnston10@hotmail.com>
Date: Mon, March 03, 2014 3:29 pm
To: "kdhaliwal@jsgcapital.com" <kdhaliwal@jsgcapital.com>

Thank You. Account Holder Info:

Tracy Earl Johnston
Katy Ann Johnston

[redacted by Commission]
Descanso, CA 91916
Note: If it is easier to have account in one name just use mine,
Tracy.

Interest Payments would be best in direct deposit to:
California Coast Credit Union
Acct#[redacted by Commission] 4220
Routing#322281659

Let me know it there is anything else you need.


Thanks Again,
Tracy

---

From: kdhaliwal@jsgcapital.com
To: tracyjohnston10@hotmail.com
CC: jgill@jsgcapital.com; mkelly@jsgcapital.com
Subject: Alibaba Share Allocation
Date: Mon, 3 Mar 2014 12:17:52 -0700

Mr. Johnston:

Good morning.  Mr. Gill informed me that you prepared to move
forward in regards to the allocation of 5k shares of Alibaba (Pre-
IPO) stock.  I will need information as to the full name of the
account holder, current physical address and information on
where to designate monthly interest payments.  Please email
that information and I will prepare the necessary contract and
scan and email to you for your signature.  We will mail out the
hard copy version once received.

Please understand that you will receive the actual stock
certificates after the IPO if you have any remaining shares that
are not sold the first day of trading.  These funds will be held in
trust until that date earning the 5% monthly interest payment
accordingly. I have included the following instructions to wire
funds once the contract has been signed:


Domestic Wire (US):

Wire Routing Transit Number - 121000248
Bank Name - Wells Fargo Bank
City, State - San Francisco, CA.
Account Number - [redacted by Commission] 5461
Title of Account - JSG Capital LLC

Please let me know if you have any additional questions.  Thank
you and enjoy your day.


Sincerely,

Karen Dhaliwal - Legal/Compliance Officer
JSG Capital LLC
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472| ext-545
Local - 415-295-4667 |ext-545
Email - kdhaliwal@jsgcapital.com


This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this communication in error, please destroy all copies of the message, whether in electronic or hard copy format, as well as attachments and immediately contact the sender by replying to this email. Thank you!

# Johnston Declaration

# <u>Exhibit C</u>



March 11, 2014

Mr. Johnston:

Please find the attached completed Promissory Note Conversion Note agreement signed by all parties.
A hard copy of the same has been mailed to the address listed on the contract.   We will also send you
a prospectus once received from Morgan Stanley.   Your direct deposit has been established for the
1st of every month in the amount of $2500.00 with California Coast Credit Union.  If you have any
further questions, please feel free to contact me.  Thank you and enjoy your day.

Sincerely,

Karen Dhaliwal
Legal/Compliance Officer

West Coast
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



## PROMISSORY CONVERSION NOTE AGREEMENT

This Promissory Note, entered into on March 6th, 2014 is made by and between Tracy Earl Johnston residing at [redacted by Commission] , Descanso CA. 91916 (Note Holder) and Jason Gill of JSG Capital LLC, offices at 255 California Street, San Francisco, CA. 94111 and 17 State Street, New York, NY. 10004 ("Borrower") for the purpose of paying funds to Note Holder on the terms and conditions set forth hereinafter.

For value received, the undersigned Borrower promises to pay to the order of Note Holder the principal sum of $50,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

### Payments.

This is a Conversion Note for purchase of stock and conversion to Tracy Johnston of the Alibaba Initial Public Offering Stock by way of JSG Capital LLC. The principal is due and payable in full within 14 days of demand by Note Holder from the exercised date of December 31st, 2014. Mr. Johnston will receive a monthly interest payment of $2500 beginning April 1st, 2014 and every 30 days thereafter up and to the date of the Initial Public Offering of Alibaba. Monthly Periodic payments are required under this Note.

Payments to be made in the following forms: Cash, Money Order, Cashier's Check or Direct Deposit to Tracy Johnston.

### Application of Payments.

All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance.

255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



### Default.

In the event of any default, all sums owing and to become owing hereon, at the option of the Note Holder, shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The Borrower agrees to pay all costs and expenses that the Note Holder may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the Note Holder under this Note and reasonable attorneys' fees relating to any actions or proceedings which the Note Holder may institute or in which the Note Holder may appear or participate and in any appeals therefrom. Any judgment recovered by the Note Holder hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.

Failure to exercise this option shall not constitute a waiver by Note Holder of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.

### Maximum Interest.

Notwithstanding any other provision of this Note, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

### Other Payment Terms.

$50,000 allocates 5,000 shares of Alibaba stock (IPO) by way of JSG Capital LLC to Tracy Johnston. Shares shall be transferred to Tracy Johnston immediately upon offering of the Initial Public Offering and sale of stock by JSG Capital. Shares will be transferred within 5 business days to an investment account held by Tracy Johnston. Mr. Johnston shall present his instructions of the sale of entire investment or portion thereof within 5 business days of the said IPO date in writing or recorded telephone conversation.

This Note is secured by assets of JSG Capital LLC.

This note is to be construed according to the laws of the State of California.

255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



**Waiver of Presentment.**

For value received, each and every person signing or endorsing this Note waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

**Amendments.**

JSG Capital LLC, guarantees repayment of initial investment of $50,000 to Tracy Johnston by December 31ST, 2014. In the event of a delay of the Initial Public Offering for Alibaba past the initial offering date of December 31st, 2014 for any reason, Tracy Johnston shall still retain the right to purchase ownership of 5,000 shares of Alibaba thru conversion of sale by JSG Capital LLC., upon his discretion. Mr. Johnston retains the right to purchase additional shares of Alibaba stock thru private placement from JSG Capital LLC at $10.00 per share should the date of the Initial Public Offering be extended.

The conversion of these shares will then be set forth upon the new date of the Initial Public Offering past December 31st, 2014. This Note may not be by the parties sought to be bound thereby, and with such writing firmly attached to this Note so as to become a permanent part thereof.

BORROWER:

Jason Gill - JSG Capital LLC

WITNESS:

Karen Dhaliwal — Legal/Compliance Mgr.

Tracy Johnston - Investor

LENDER:

DATE: 03/06/2014

255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725

Johnston Declaration

# Exhibit D



# REVISED PROMISSORY CONVERSION NOTE AGREEMENT

This Promissory Note, entered into on April 16th, 2014 is made by and between Tracy Earl Johnston residing at [redacted by Commission] , Descano, CA. 91916(Note Holder") and Jason Gill of JSG Capital LLC, offices at 255 California Street, San Francisco, CA. 94111 and 17 State Street, New York, NY. 10004 ("Borrower") for the purpose of paying funds to Note Holder on the terms and conditions set forth hereinafter.

For value received, the undersigned Borrower promises to pay to the order of Note Holder the principal sum of $50,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

### Payments.
This is a Conversion Note for purchase of stock and conversion to Tracy Johnston of the Alibaba Initial Public Offering Stock by way of JSG Capital LLC. The principal is due and payable in full within 14 days of demand by Note Holder from the exercised date of December 31st, 2014.  Mr. Johnston will receive a monthly interest payment of $2500 beginning May 1st, 2014 and every 30 days thereafter up and to the date of the Initial Public Offering of Alibaba.  Monthly Periodic payments are required under this Note.

Payments to be made in the following forms: Cash, Money Order, Cashier's Check or Direct Deposit to Tracy Johnston.

### Application of Payments.
All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance.

West Coast
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



### Default.

In the event of any default, all sums owing and to become owing hereon, at the option of the Note Holder, shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The Borrower agrees to pay all costs and expenses that the Note Holder may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the Note Holder under this Note and reasonable attorneys' fees relating to any actions or proceedings which the Note Holder may institute or in which the Note Holder may appear or participate and in any appeals therefrom. Any judgment recovered by the Note Holder hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.

Failure to exercise this option shall not constitute a waiver by Note Holder of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.

### Maximum Interest.

Notwithstanding any other provision of this Note, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

### Other Payment Terms.

$50,000 allocates 5000 shares of Alibaba stock (IPO) by way of JSG Capital LLC to Tracy Johnston. Shares or proceeds of sale of stock shall be transferred to Tracy Johnston 180 days after the IPO date and expiration of lockup period by JSG Capital LLC and corresponding registered transfer agent. Shares or proceeds of sale of stock will be transferred within 5 business days to an investment account held by Tracy Johnston. Mr. Johnston shall present his instructions of the sale of entire investment or portion thereof within 5 business days of the said IPO lockup expiration date in writing or recording telephone conversation.

This Note is secured by assets of JSG Capital LLC.

This note is to be construed according to the laws of the State of California.

**West Coast**
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

**East Coast**
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725

**Waiver of Presentment.**

For value received, each and every person signing or endorsing this Note waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

**Amendments.**

JSG Capital LLC, guarantees repayment of initial investment of $50,000 to Tracy Johnston by December 31st, 2014.  In the event of a delay of the Initial Public Offering for Alibaba past the initial offering date of December 31st, 2014 for any reason, Tracy Johnston shall still retain the right to purchase ownership of 5000 shares of Alibaba thru conversion of sale by JSG Capital LLC., upon his discretion.  Mr. Johnston retains the right to purchase additional shares of Alibaba stock thru private placement from JSG Capital LLC at $10.00 per share should the date of the Initial Public Offering be extended.

The conversion of these shares will then be set forth upon the new date of the Initial Public Offering past December 31st, 2014.  This Note may not be by the parties sought to be bound thereby, and with such writing firmly attached to this Note so as to become a permanent part thereof.

BORROWER:

Jason Gill - JSG Capital LLC

WITNESS:

Karen Dhaliwal – Legal/Compliance Mgr.

Tracy Johnston - Investor

LENDER:

DATE: 04/16/2014

West Coast
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725

# Johnston Declaration

# <u>Exhibit E</u>

# REVISED PROMISSORY  CONVERSION NOTE AGREEMENT

This Promissory Note, entered into on September 16th, 2014 is made by and between Tracy Earl Johnston residing at [redacted by Commission]   , Descanso, CA. 91916(Note Holder") and Jason Gill of JSG Capital LLC, offices at 255 California Street, San Francisco, CA. 94111 and 17 State Street, New York, NY. 10004 ("Borrower") for the purpose of paying funds to Note Holder on the terms and conditions set forth hereinafter.

For value received, the undersigned Borrower promises to pay to the order of Note Holder the principal sum of $30,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

**<u>Payments.</u>**

This is a Conversion Note for purchase of stock and conversion to Tracy Johnston of the Alibaba Initial Public Offering Stock by way of JSG Capital LLC. The principal is due and payable in full within 14 days of demand by Note Holder from the exercised date of December 31st, 2014.  Mr. Johnston will receive a monthly interest payment of $1500 beginning October 16th, 2014 and every 30 days thereafter up and to the lockup expiration date of the Initial Public Offering of Alibaba.  Monthly Periodic payments are required under this Note.

Payments to be made in the following forms: Cash, Money Order, Cashier's Check or Direct Deposit to Tracy Johnston.

**<u>Application of Payments.</u>**

All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance.

West Coast
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



### Default.

In the event of any default, all sums owing and to become owing hereon, at the option of the Note Holder, shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum.  The Borrower agrees to pay all costs and expenses that the Note Holder may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the Note Holder under this Note and reasonable attorneys' fees relating to any actions or proceedings which the Note Holder may institute or in which the Note Holder may appear or participate and in any appeals therefrom. Any judgment recovered by the Note Holder hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.

Failure to exercise this option shall not constitute a waiver by Note Holder of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.

### Maximum Interest.

Notwithstanding any other provision of this Note, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

### Other Payment Terms.

$30,000 allocates 500 shares of Alibaba stock (IPO) by way of JSG Capital LLC to Tracy Johnston at a per price share of $60.00 per share. Shares or proceeds of sale of stock shall be transferred to Tracy Johnston 180 days after the IPO date and expiration of lockup period by JSG Capital LLC and corresponding registered transfer agent. Shares or proceeds of sale of stock will be transferred within 5 business days to an investment account held by Tracy Johnston. Upon transfer or sale of proceeds, JSG Capital LLC will be liable for any and all capital gains taxes arising from the executed transaction. Mr. Johnston shall present his instructions of the sale of entire investment or portion thereof within 5 business days of the said IPO lockup expiration date in writing or recording telephone conversation.

This Note is secured by assets of JSG Capital LLC with portfolio asset accounts at Fidelity Investments and Morgan Stanley (Trading Partner).

This note is to be construed according to the laws of the State of California.

West Coast
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



**Waiver of Presentment.**

For value received, each and every person signing or endorsing this Note waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

**Amendments.**

JSG Capital LLC, guarantees repayment of initial investment of $30,000 to Tracy Johnston by December 31st, 2014.  In the event of a delay of the Initial Public Offering for Alibaba past the initial offering date of December 31st, 2014 for any reason, Tracy Johnston shall still retain the right to purchase ownership of 500 shares of Alibaba thru conversion of sale by JSG Capital LLC., upon his discretion.  Mr. Johnston retains the right to purchase additional shares of Alibaba stock thru private placement from JSG Capital LLC at $60.00 per share should the date of the Initial Public Offering be extended.  If the Initial Public Offering is cancelled or IPO shares inaccessible for any reason, all funds invested will be returned within 5 business days and client is allowed to keep any interest payments received up to that point in time.

The conversion of these shares will then be set forth upon the new date of the Initial Public Offering past December 31st, 2014.  This Note may not be by the parties sought to be bound thereby, and with such writing firmly attached to this Note so as to become a permanent part thereof.

BORROWER:

Jason Gill - JSG Capital LLC

WITNESS:

Karen Dhaliwal – Legal/Compliance Mgr.

Tracy Johnston - Investor

LENDER:

DATE: 09/16/2014

West Coast
255 California Street
San Francisco, CA. 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725

# Johnston Declaration

# Exhibit F

DocuSign Envelope ID: 33908AB5-53DD-48C7-979A-D7EB8A21D214

# REVISED PROMISSORY CONVERSION NOTE AGREEMENT

This Promissory Note, entered into on March 16th, 2015 is made by and between Tracy Earl Johnston residing at [redacted by Commission]   , Descanso, CA. 91916(Note Holder") and Jason Gill of JSG Capital LLC, offices at 255 California Street, San Francisco, CA. 94111 and 17 State Street, New York, NY. 10004 ("Borrower") for the purpose of paying funds to Note Holder on the terms and conditions set forth hereinafter.

For value received, the undersigned Borrower promises to pay to the order of Note Holder the principal sum of $30,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

**Payments.**

This is a Conversion Note for purchase of stock and conversion to Tracy Johnston of the Alibaba Initial Public Offering Stock by way of JSG Capital LLC. The principal is due and payable in full within 5 days of demand by Note Holder from the exercised date of September 19th, 2015.  Mr. Johnston will receive a monthly interest payment of $1500 beginning March 16th, 2015 and every 30 days thereafter up and to the lockup expiration date of September 19th, 2015 of the Initial Public Offering of Alibaba.  Monthly Periodic payments are required under this Note.

Payments to be made in the following forms: Cash, Money Order, Cashier's Check or Direct Deposit to Tracy Johnston.

**Application of Payments.**

All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance.

West Coast
255 California Street
San Francisco, CA, 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

Southern California
9465 Wilshire Boulevard
Beverly Hills, CA. 90212
Phone - 424-284-4220

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725

DocuSign Envelope ID: 33908AB5-53DD-48C7-979A-D7EB8A21D214



### Default.

In the event of any default, all sums owing and to become owing hereon, at the option of the Note Holder, shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The Borrower agrees to pay all costs and expenses that the Note Holder may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the Note Holder under this Note and reasonable attorneys' fees relating to any actions or proceedings which the Note Holder may institute or in which the Note Holder may appear or participate and in any appeals therefrom. Any judgment recovered by the Note Holder hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.

Failure to exercise this option shall not constitute a waiver by Note Holder of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.

### Maximum Interest.

Notwithstanding any other provision of this Note, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

### Other Payment Terms.

$30,000 allocates 500 shares of Alibaba stock (IPO) by way of JSG Capital LLC to Tracy Johnston at a per price share of $60.00 per share. Shares or proceeds of sale of stock shall be transferred to Tracy Johnston 366 days after the IPO date and expiration of lockup period by JSG Capital LLC and corresponding registered transfer agent. Shares or proceeds of sale of stock will be transferred within 5 business days to an investment account held by Tracy Johnston. Upon transfer or sale of proceeds, JSG Capital LLC will be liable for any and all capital gains taxes arising from the executed transaction. Mr. Johnston shall present his instructions of the sale of entire investment or portion thereof within 5 business days of the said IPO lockup expiration date in writing or recording telephone conversation.

This Note is secured by assets of JSG Capital LLC with portfolio asset accounts at Fidelity Investments and Morgan Stanley (Trading Partner).

This note is to be construed according to the laws of the State of California.

West Coast
255 California Street
San Francisco, CA, 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

Southern California
9465 Wilshire Boulevard
Beverly Hills, CA. 90212
Phone - 424-284-4220

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725



DocuSign Envelope ID: 33908AB5-53DD-48C7-979A-D7EB88A21D214

**Waiver of Presentment.**

    For value received, each and every person signing or endorsing this Note waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

**Amendments.**

    JSG Capital Investments LLC, guarantees repayment of initial investment of $30,000 to Tracy Johnston by September 25th, 2015 plus any and all profit from market price of BABA on September 19th, 2015 minus cost of purchase of stock of 500 shares at a cost basis of $60.00 per share.  This Note may not be by the parties sought to be bound thereby, and with such writing firmly attached to this Note so as to become a permanent part thereof.

BORROWER:

DocuSigned by:

*Jason Gill*

C80BAA7E875A4B2...

Jason Gill - JSG Capital LLC

WITNESS:

DocuSigned by:

*Karen Dhaliwal*

Karen Dhaliwal – Legal/Compliance Mgr.

LENDER:

DocuSigned by:

*Tracy Johnston*

0DC9793C3814437...

Tracy Johnston - Investor

DATE: 03/15/2015

West Coast
255 California Street
San Francisco, CA, 94111
Toll-Free - 888-294-2472
Local - 415-295-4667

Southern California
9465 Wilshire Boulevard
Beverly Hills, CA. 90212
Phone - 424-284-4220

East Coast
17 State Street
New York, NY. 10004
Toll-Free - 888-400-9233
Local - 718-374-6725