JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>       Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>       Relief Defendant. | Case No.<br><br>**DECLARATION OF MICHELLE CHUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** |

I, Michelle Chung, declare as follows:

1.      I am over 18 years of age and of competent mind.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, would so testify.

2.      I live in Los Angeles, California.  I am a registered nurse and work at Cedars-Sinai Hospital.

3.      In late 2015 or early 2016, my co-worker, Nathan Ball, told me about an investment opportunity with a company called JSG Capital Investments, LLC ("JSG").  Mr. Ball said that he had invested $20,000 with JSG, and was being paid a high rate of return.  He said that his girlfriend, and a couple of our co-workers, had invested with the company as well.

4.      I told Mr. Ball that I was interested in the investment opportunity.  On January 17, 2016, Mr. Ball emailed me several documents, including the following: JSG's "Investor Relations Information Sheet"; what appeared to be JSG's November 2015 Fidelity Investments brokerage account statement; a document titled "Promissory Fixed Index Investment Agreement"; and a document titled "How Your Money Is Protected."  True and correct copies of the email I received from Mr. Ball and the documents that were attached to that email are attached as Exhibits A, B, C, D, and E, respectively.

5.      Subsequently, Mr. Ball forwarded my contact information to an individual named Ralph Freeman, who then contacted me via email on February 4, 2016.  Mr. Freeman represented that he was Mr. Ball's uncle and a "Consulting Manager" at JSG.  On February 9, 2016, Mr. Freeman emailed me what he represented was a sample contract titled, "Promissory Compounded Fixed Index Investment Agreement."  A true and correct copy of the email I received and the document attached thereto are attached hereto as Exhibits F and G, respectively.

6.      After reading these documents and looking at JSG's website at www.jsgcapital.com, I seriously considered investing with JSG.  I sent the documents I had received from Mr. Ball to a friend, who is a financial advisor, and asked for his opinion.  Based on my friend's advice, I decided not to invest with JSG.

1       I declare under penalty of perjury that the foregoing is true and correct.  Executed in

2   Los Angeles _____, California on _____ 5/12/ _____, 2016.

3

4                            _____

                                   Michelle Chung

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Chung Declaration

## Exhibit A

Attachments:       Anthony James Mason - JSG Capital Fixed Index Investment Note Agreement.pdf
                   JSG Capital Investments Asset Protection.pdf
                   JSG Capital Investments LLC November Statement.pdf
                   JSG Capital Investor Relations Sheet.pdf

---------- Forwarded message ----------
From: **Nathan Ball** <nateball84@gmail.com>
Date: Sun, Jan 17, 2016 at 1:30 PM
Subject: JSG Capital Investment
To: mkchung84@gmail.com


Michelle,

Here are the following documents regarding investing with JSG. Take a look and let me know
 if you have any questions!

Nate

# Chung Declaration

# <u>Exhibit B</u>

**JSG Capital** LLC
**Investments**

A boutique investment firm specializing
in sustainable growth for all investors

# INVESTOR RELATIONS INFORMATION SHEET

JSG CAPITAL INVESTMENTS LLC is an independent and privately owned Investment Advisory firm founded in 2006. We are a boutique investment firm that provides professional portfolio management services for clients nationwide. We pride ourselves on being large enough to handle any investment need, but small enough to provide personal portfolio management attention to every client.

Our founding members and advisory board bring more than 40 years of combined industry experience to the firm, building the business around three core principles – aligned incentives between us and clients, a clear, well-articulated investment process designed to minimize risk while achieving above- average returns and exceptional client service and relationships.

JSG Capital Investments is focused on helping "main street clients" invest in capital markets and benefit from our relationships and the knowledge of inner workings of Wall Street Investment Banks and Brokerages.

At JSG Capital Investments we do not try to be a full services investment firm but instead focus on 2 core products:

## Fixed Index Investment Agreement

We rely on concentrated research to identify great businesses that are trading at highly discounted valuations because investors have overreacted to negative macro or company-specific events. This time arbitrage part of the strategy, taking advantage when the market reacts to short-term factors that has little impact on long-term intrinsic values. We use derivatives and or options to either enhance or hedge our trading strategy. We offer a Fixed Index Investment Agreement that allows us to take trade on either the NYSE or NASDAQ indices with either long or short positions via our proprietary trading models. This contract is a yearly contract that guarantees a weekly fixed return based on the amount invested. Monies are direct deposited or wired in weekly to a clients account based on dividend rate of amount invested.

Monthly Percentages Paid Weekly:

| 1-Year Contract | 3-Year Contract* |
|---|---|
| $0 - $14k = 1% | $0k - $14k = 2% |
| 15k - 24k = 2% | $15k - 24k = 3% |
| 25k - 99k = 3% | $25k - 99k = 4% |
| Over 100k = 4% | Over 100k = 5% |

*Multi-Year Contracts – Rates Paid from Onset of Contract

**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472
(415) 395-4667

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233
(718) 276-4288



A boutique investment firm specializing
in sustainable growth for all investors

## Promissory Conversion Note Agreement

For more sophisticated investors and clients that are familiar with Initial Public Offerings we also offer Pre–IPO Private Placement offerings. Due to relationships developed either working directly with or via contacts at particular Investment Banks – JSG Capital Investments is occasionally provided an offering of shares at Pre-IPO prices via Venture Capital firms such as Benchmark Capital, Sequoia Capital or Kleiner Perkins. These offerings are usually in the form of convertible notes that convert to a discounted share price and corresponding coupon rate but with a set valuation cap. These offerings all have the inherent risk that the company may not go public. To subsidize our client risk we offer the following interest payment based on amount invested:

$0 - $14k = 1%
15k - 24k = 2%
25k - 99k = 3%
Over 100k = 4%

Clients receive the following monthly payments from the time of investment to the time of the lock-up expiration date (usually 180 days) after a company has gone public. Shares are held in escrow at partnering VC firms with corresponding cap tables with each client's investment and amount of shares. Upon completion of the lockup period, shares are transferred to clients investment account or sold and proceeds wired in full to corresponding financial institution.

In the event a client sells or transfers shares after the 180 day lock up period they will be penalized shorter-term capital gains tax of 39.4 percent. To offset this tax liability and keep more of your profit a client can keep their proceeds at JSG Capital Investments for 361 days and only be liable for long-term capital gains which can be zero to 10 percent and earn interest based on the above mentioned table.

The funds for JSG Capital Investments are protected and insured by Freedom Specialty Insurance (Scottsdale Indemnity Company) in New York. This policy currently covers up to $25 million in assets, which we will increase upon our expansion. The policy covers JSG Capital Investments under Investment Company D&O/E&O Asset Shield, Asset Management Protection. In the event of any loss a client may file a claim at fsreportaloss@freedomspecialtyins.com

Currently JSG Capital Investments has AUM of $25 million, which will be increasing substantially this year once all compliance requirements have been met.

**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233

# Chung Declaration

# Exhibit C



**Investment Report**

**November 1, 2015 - November 30, 2015**

Envelope 904039529

JSG CAPITAL INVESTMENTS LLC
1585 BROADWAY
28TH FLOOR
NEW YORK, NY 10036-8293

| | |
|---|---|
| Online | Fidelity.com |
| FAST(sm)-Automated Telephone | 800-544-5555 |
| Customer Service | 800-544-6666 |

---

**Fidelity Account** <sup>sm</sup>  [redacted by Commission] **4706 - LIMITED LIABILITY CO**     JSG CAPITAL INVESTMENTS LLC

### Account Summary
| | |
|---|---|
| Beginning value as of Nov 1 | $32,345,900.34 |
| Withdrawals | -40,000.00 |
| Change in investment value | -227,110.30 |
| **Ending value as of Nov 30** | **$32,078.790.04** |

Account trades from Nov 1 2015 - Nov 30 2015 — 58

### Income Summary
| | This Period | Year to Date |
|---|---|---|
| **Tax-exempt** | | |
| Dividends | $69,345.89 | $1,987,452.10 |

### Realized Gain/Loss from Sales
| | This Period | Year to Date |
|---|---|---|
| Short-term gain | $0.00 | $4,655.64 |
| Short-term loss | 0.00 | -15,102.80 |
| St disallowed loss | 0.00 | 1,692.44 |
| **Net short** | **0.00** | **- 8,754.72** |

### Holdings  (Symbol) as of November 30, 2015

| | Performance November 30, 2015 | Quantity November 30, 2015 | Price per Unit November 30, 2015 | Total Value November 30, 2015 | Total Value November 30, 2015 |
|---|---|---|---|---|---|
| **Core Account** *100% of holdings* | | | | | |
| FIDELITY MUNICIPAL MONEY MARKET (FTEXX ) | *7-day yield: 0.01%* | 5,758,012.80 | $1.00 | $5,718,012.80 | $5,718,012.80 |

---

## Transaction Details
                                    (for holdings with activity this period)

**Core Account**  *- Fidelity Municipal Money Market*

| Description | Amount | Balance | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning** | | **$5,758,012.80** | | **Subtotal of Cash Management Activity** - | $40,000.00 | |
| *Cash Management Activity* | | | | **Ending** | | **$5,718,012.80** |
| Checking activity | -$40,000.00 | | | | | |



**Investment Report**

**November 1, 2015 - November 30, 2015**

Fidelity Account ˢᵐ [redacted by Commission] **4706 - LIMITED LIABILITY CO**          JSG CAPITAL INVESTMENTS LLC

---

*Cash Management Activity*

**Checking Activity ( 1)**

| Check # | Date | Code | Description | Amount | Check # | Date | Code | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1018 | 11/17 | | Check Paid | -$40,000.00 | | | | **Total** | **-$40,000.00** |

*Daily Additions and Subtractions*  *Fidelity Municipal Money Market  @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/17 | -$40,000.00 | $5,718,012.80 | | | | | | |



## Information for Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118, 9 am - 9 pm ET, 7 days a week. Lost or Stolen Cards For 24 Hour worldwide customer service, or call 800-529-2164 for American Express or 800-323-5353 for VISA ® Gold Check Card.

**Additional Investments with Fidelity** Make checks payable to Fidelity Investments and include your account number. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O.Box 770001, Cincinnati, OH 45277-0003.

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum taxes and/or state and local taxes. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income as they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Cost basis is the original amount paid to purchase a security, including the amount of reinvested dividends and capital gains. Generally, we adjust cost basis for events such as returns of capital (including dividend reclassifications) and disallowed losses on wash sales on identical securities within the same account. NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. However, cost basis, realized gain and loss, and holding period information may not reflect adjustments required for your tax reporting purposes. Fidelity and NFS specifically disclaim any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information. Unless otherwise specified, NFS determines cost basis at the time of sale using its default methods of average cost for open-end mutual funds (except ETFs) and first-in, first-out (FIFO) for all other securities (including ETFs and shares held in dividend reinvestment plans). Customers should consult their tax advisors for further information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvestments. Fidelity reports transaction profit or loss information when securities are sold within a retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business in accordance with federal securities law. There is no free credit balance in a retirement or HSA.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other assets, which may be reported on your statement, including insurance products that are distributed by FBS and Fidelity Insurance Agency, Inc. and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services (PAS) are carried by NFS and are covered by SIPC but do not contribute toward your margin and maintenance requirements.

**Short Account Balances** Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes, and any increase or decrease from the previous week's value is transferred weekly to your margin account. Fidelity represents your short account balance as of the last weekly mark-to-market, not as of the statement end date.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information about these, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC).

**Price Information/Total Market Value** The Total Market Value has been calculated out to 9 decimal places; however, the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including liquidity risk. The prices provided are not firm bids or offers. Certain securities may reflect N/A or unavailable if the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposit (CDs) on your statement are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor of the NYSE, the Floor broker may permit

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes but may be added to the cost basis of the newly-purchased shares. Fidelity adjusts the cost basis of newly-purchased shares when a wash sale occurs within an account as the result of an identical security purchase. Fidelity does not report disallowed losses or adjust cost basis related to wash sales triggered by sales and purchases of the same security *within different accounts* or by sales and purchases of "substantially identical" securities *within the same or different accounts.*

We deliver statements at least four times during the calendar year for any account with a balance. **Please review your statement and report any inaccuracies or discrepancies. Inquires, concerns or questions regarding your brokerage account or the activity therein should be directed to Fidelity Brokerage Services LLC (FBS) by calling 800-544-6666, and NFS, who carries your brokerage accounts, by calling 866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please advise us of material changes in your investment objectives or financial situation related to your brokerage account(s).

**Information About Mutual Funds and Their Performance An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency. Although the fund seeks to preserve the value of your investment at $1.00 per share, it is possible to lose money by investing in the fund. Before investing, consider the funds' investment objectives, risks, charges, and expenses. Contact Fidelity for a prospectus containing this information. Read it carefully. Performance data shown represents past performance and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a gain or loss when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.**

Each fund reserves the right to terminate or modify its exchange privilege in the future. In connection with access to, purchase of, and/or maintenance of positions in mutual fund and other investment products ("funds"), FBS or NFS may receive the sales loads and 12b-1 fees described in the prospectus as well as additional compensation, paid by the funds, their investment advisors or affiliates. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF), or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.

the specialist to trade on parity with the order for some or all of the executions associated with filling that order, if such permission would not be inconsistent with the broker's best execution obligations. Individual securities trades placed for your Fidelity Personalized Portfolios account are completed on an agency basis by FBS.

"(A") Alternative Investments - Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate investment trusts which are not listed on any exchange), commodity pools, private equity, private debt and hedge funds are generally illiquid investments and their current values may be different from the purchase price. Unless otherwise indicated, the values shown in this statement for such investments have been provided by the management, administrator or sponsor of each program or a third-party vendor without independent verification by FBS and represent their estimate of the value of the investor's participation in the program, as of a date no greater than 18 months from the date of this statement. Therefore, the estimated values shown herein may not necessarily reflect actual market values or be realized upon liquidation. If an estimated value is not provided, valuation information is not available.

Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation ("SIPC") up to $500,000 (including cash claims limited to $250,000). For details, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities.

Fidelity Distributors Corporation (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. **Brokerage services are provided by FBS, which clears all transactions through its affiliate, NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC.** FBS, NFS, and FDC are direct or indirect subsidiaries of FMR LLC. Upon written request, Fidelity will mail an NFS financial statement, which is also available for inspection at its office. Fidelity Portfolio Advisory Service® and Fidelity® Strategic Disciplines are services of Strategic Advisers, Inc., a registered investment advisor and a Fidelity Investments company. Fidelity® Personalized Portfolios may be offered through the following Fidelity Investments Companies: Strategic Advisers, Inc., Fidelity Personal Trust Company, FSB ("FPT"), a federal savings bank, or Fidelity Management Trust Company ("FMTC"). Non-deposit investment products and trust services offered through FPT and FMTC and their affiliates are not insured or guaranteed by the FDIC or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. These services provide discretionary money management for a fee. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. Mutual fund shares, other securities held in your account, and insurance products are neither deposits or obligations of, nor endorsed or guaranteed by, any bank or other depositing institution, nor are they federally insured by the FDIC or any other agency. If you request a reprint of your statement, the disclosure information may not be the same as the information originally provided. Written inquiries may be mailed to: Fidelity Investments, Client Services, P.O. Box 770001, Cincinnati, OH 45277-0045. To confirm that an authorized, direct deposit has been made to your Fidelity Account or Fidelity Mutual Fund Account, call Fidelity at 1-800-544-5555.

588130.9.0

# Chung Declaration

## Exhibit D



A boutique investment firm specializing
in sustainable growth for all investors

## PROMISSORY FIXED INDEX INVESTMENT AGREEMENT

This Fixed Index Investment Agreement, entered into on September 26th, 2015 is made by and between Anthony James Mason ("Investor") residing at [redacted by Commission] Westerly, RI. 02891 and JSG Capital Investments LLC, (California Corporation) offices at 9465 Wilshire Boulevard, Beverly Hills, CA. 90212 and 255 California Street, San Francisco, CA. 94111 ("Investee") for the purpose of a fixed income investment return to "Investor" on the terms and conditions set forth hereinafter.

For value received, the undersigned "Investor" promises to pay to the "Investee" the principal sum of $10,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

**Payments**

This is an Investment Note for the purchase of equities both long and short positions and Initial Public Offerings via the indices of the NYSE and NASDAQ - investing on behalf of the "Investor" thru JSG Capital Investments LLC.  The principal is due and payable in full within 5 days of demand by "Investor" from the maturity date of September 28th, 2018.  The "Investor" will receive a weekly interest (dividend) payment of $100.00 or 4% of the total aggregate amount invested per week for the duration of the contract period.  The first payment will be October 7th, 2015 and every 7th day (5 business days of trading and 2 business days for settlement of transactions) from investment income achieved by JSG Capital Investments LLC and every week thereafter until the maturity date of September 28th, 2018. Weekly Periodic payments are required under this agreement.

Payments to be made in the following forms: Cashier's Check or Direct Deposit to the "Investor".

**Application of Payments**

All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance.  Investment must be received no later than Tuesday, September 29th, 2015 by 5:00 pm, to adhere to the above mentioned timeline.

**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472
(415) 295-4667

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233
(718) 376-6725



A boutique investment firm specializing
in sustainable growth for all investors

**Early Termination Clause.**
In the event the "Investor" requests funds invested prior to completion of the agreement a 20% penalty will be imposed on the principal amount invested. All funds will be returned within five business of this request being made. Funds will be returned in the same manner and account as originated.

**Default**
In the event of any default, all sums owing and to become owing hereon, at the option of the "Investor", shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The "Investee" agrees to pay all costs and expenses that the "Investor" may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the "Investor" under this Agreement and reasonable attorneys' fees relating to any actions or proceedings which the "Investor" may institute or in which the "Investor" may appear or participate and in any appeals therefrom. Any judgment recovered by the "Investor" hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.


Failure to exercise this option shall not constitute a waiver by the "Investor" of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.


**Maximum Interest**
Notwithstanding any other provision of this Agreement, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

**Other Payment Terms**
This Note is secured by assets of JSG Capital LLC with accounts at Fidelity Investments and Morgan Stanley – Trading Desk Partner (Prime Brokerage). The "Investor" will also be listed as a primary beneficiary for his principal investment amount of $10,000.00 with Freedom Specialty Insurance (Underwritten by Scottsdale Indemnity Company). This policy covers JSG Capital Investments under Investment Company D&O/E&O Asset Shield – Asset Management Protection. In the event of a loss, the "Investor" is eligible to file a claim at fsreportaloss@freedomspecialtyins.com. Upon completion of the three year agreement, the "Investor" will have the opportunity to renew his contract at his discretion.

**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472
(415) 295-4667

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233
(718) 376-6725

**JSG Capital**
Investments
LLC

A boutique investment firm specializing
in sustainable growth for all investors

**Guarantee of Repayment.**

JSG Capital Investments LLC, guarantees repayment of initial investment of $10,000.00 to the "Investor" upon completion of the contractual agreement. For value received, each and every person signing or endorsing this Agreement waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

This agreement is to be construed according to the laws of the State of California.


INVESTEE:                    _____

                             Jason Gill – CEO/Principal
                             JSG Capital Investments LLC



WITNESS:                     _____

                             Karen Dhaliwal – Legal/Compliance
                             JSG Capital Investments LLC




INVESTOR:                    _____

                             Anthony James Mason - Investor



DATE: 9/28/2015

**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472
(415) 295-4667

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233
(718) 376-6725

# Chung Declaration

# <u>Exhibit E</u>

# How Your Money Is Protected

Be assured that you have a high level of safety with your investment accounts due to the way we conduct our business, the safeguards of our industry and the regulations to which we must adhere.  These safeguards were primarily developed to protect consumers.  This is one way to ensure public confidence in the financial system and maintain stability in the financial industry. Here is a look at some of the protections that are in place.

## INVEST WITH CONFIDENCE

National Financial, LLC ("National Financial") is the firm that provides clearing, execution and settlement services for your investment account(s).  National Financial LLC is backed by the vast resources of one of the industry's largest financial companies, Morgan Stanley - Prime Brokerage for JSG Capital Investments LLC.

## YOUR INVESTMENTS ARE HELD SEPARATELY FROM OUR OPERATIONS

The securities industry in the United States is among the most heavily regulated in the world to help ensure that investment accounts are a safe and accessible place for individuals, families, and businesses to place money they wish to invest.  The Securities and Exchange Commission (SEC) is the securities industry's primary regulatory body .

The cornerstone of protection of client assets in investment firms is the segregation of assets-- that is, client assets are held separately from the assets of the investment firm.  This principle is laid out in the SEC's Customer Protection Rule, which states that all fully-paid client securities must be held separately from the investment firm's own assets and are not available for firm use.  The rule ensures that if an investment firm experiences losses, investor assets are not affected.

The exception to this rule is if you have a current loan from a margin account with us, which can be established only under a written agreement by you.  If you do have a current loan from that margin account, we may use some of the assets.  Otherwise, we must keep your funds and investments separate from any of our assets, and may not use them for any purpose.

## INDUSTRY MEASURES PROTECT AGAINST INSOLVENCY RISKS

In the rare event that an investment firm fails, investors benefit from several layers of protection.

## SIPC PROTECTION

National Financial is a member of the Securities Investor Protection Corporation(SIPC), a nonprofit,congressionally chartered membership corporation created in 1970.  SIPC protects clients against the custodial risk of a member investment firm becoming insolvent replacing missing securities and cash up to $500,000, including up to $250,000 in cash, per client, in accordance with SIPC rules.  (Note that SIPC coverage is not the same as, nor is it a substitute for, FDIC deposit insurance; securities  purchased through National Financial are not FDIC-insured) For more information about SIPC, please visit sipc.org.

## ADDITIONAL INSURANCE COVERAGE WE'RE PROVIDING TO OUR CLIENTS

Above and beyond the SIPC coverage, National Financial maintains additional insurance coverage provided through Lexington Insurance Company, an AIG Company (referred to here as "Lexington").  For clients who have received the full SIPC payout limit, National Financial's policy with Lexington provides additional coverage above the SIPC limits for any missing securities and cash in the client investment accounts, up to a clearing firms aggregate limit of $100 million (including up to $1.9 million for cash per client).  In other words, the aggregate amount of all client losses covered under this policy are subject to a limit of $100 million with each client covered up to $1.9 million for cash.

### JSG CAPITAL INVESTMENTS LLC

Member FINRA & SIPC
**www.jsgcapitalinvestments.com**

## ABOUT LEXINGTON INSURANCE COMPANY

Lexington Insurance Company is the leading U.S.-based surplus lines insurer. As of December 1, 2013, Lexington's financial strength ratings are "A+" from Standard & Poor's, "A1" from Moody's and "A" from Fitch Ratings and A.M. Best. For more information about Lexington, please visit lexingtoninsurance.com.

## THE LIMITS OF SIPC AND LEXINGTON'S INSURANCE COMPANY

Please note that coverage provided by SIPC and Lexington does not protect against loss of market value of securities.  All coverage is subject to the specific policy terms and conditions.

## INCREASED FDIC INSURANCE LIMITS

Current FDIC insurance covers a depositor for $250,000 for all cash and uninvested balances when they are swept into a cash deposit sweep account through our convenient automated service. At National Financial, cash deposits are covered by FDIC insurance for a total of at least $750,000 if you are enrolled in our Bank Deposit Sweep Program.

For example:

Individual Accounts (i.e. one owner) - Cash sweep deposits are insured up to $750,000.

Joint Accounts (i.e. multiple owners) - Cash sweep deposits are insured for up to $1.5 million in the case of two owners - plus an additional $250,000 for each additional owner.

## ADDITIONAL COVERAGE FOR SOME PROGRAMS

Additional coverage may be available in some programs when the coverage limit is exceeded, by sweeping the excess funds into additional program banks.  This would allow for additional coverage at each additional bank.

For Example:

Three Program Banks- If a Bank Deposit Sweep Program utilized three banks on a sweep program, then uninvested cash balances (principal and interest) would automatically be deposited, or "swept" into three banks. Review the program's complete disclosure for all details outlining the program and how it works.  Your JSG Capital Investment Advisor  can provide you with the program's disclosure.

# Chung Declaration

# Exhibit F

Attachments:    JSGCapital-Logo-.email.png
                Sample Fixed Componded.pdf

---

---------- Forwarded message ----------
From: <mkchung84@gmail.com>
Date: Wed, Feb 10, 2016 at 1:22 AM
Subject: Fwd: JSG Capital, opportunity...
To: Nicole Chung [redacted by Commission]

Sent from my iPhone

Begin forwarded message:

> **From:** "R. Freeman - JSG Capital LLC" <rfreeman@jsgcapital.com>
> **Date:** February 9, 2016 at 11:11:22 AM PST
> **To:** Michelle Chung <mkchung84@gmail.com>
> **Subject: Re: JSG Capital, opportunity...**

Good Morning Michelle,

That is great to hear that you are a care giver like Nathan.  It takes a special
person to do that sort of work.  I'm a retired Firefighter from 11 years ago that
got into the financial world.  My heart is still a giver like yours.  Thank you for
doing what you do.  Nurses and Hospital professionals are so under rated to the
difference they make.

Thank you for the update on what you have invested in.  That helps moving
forward.

The Fixed Compounded interest contract is the same as our regular money market
Fixed Index, except when you leave the returns in, we invest them again.  I have
sent you a link to a calculator so you could see the benefit first hand.

http://www.thecalculatorsite.com/finance/calculators/compoundinterestcalculator.php

I have also attached a sample of a contract that was finished up at the beginning of
the month that might help you moving forward.  Your contract would look the
same.

Sincerely,

**Ralph R. Freeman III**
*Consulting Manager*

***Capital Raise Division***
JSG Capital Investments LLC
255 California Street
San Francisco CA 94111
888.294.2472 | ext 565
415.295.4667 | ext 565
rfreeman@jsgcapital.com
jsgcapitalinvestments.com

This message is intended only for the use of the Addressee(s) and may contain information that is PRIVILEGED, CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you received this communication in error, please destroy all copies of the message, whether in electronic or hard copy format, as well as attachments and immediately contact the sender by replying to this email. Thank you!

On Feb 8, 2016, at 11:39 AM, Michelle Chung
<mkchung84@gmail.com> wrote:

Hi Ralph,

It's nice to hear from you. Yep, I work with Nathan and am interested in possibly investing with your firm. In regards to your questions:

I am still undecided on the type of investment that I would like to do. I was hoping to review information on the Compounded Fixed Index option before deciding. Nathan didn't have information regarding this (only the Fixed Index option). Would you be able to send me information on the Compounded Fixed Index option?

I am not an accredited investor.

I investment in a Roth IRA and my 403b with work. My friend is a financial adviser and he has invested some of my money in a mutual fund at his firm with the funds allocated to a stock/bond ratio of 80/20.

Looking forward to hear from you,

Michelle

On Thu, Feb 4, 2016 at 2:53 PM, Ralph Freeman III
 <rfreeman@jsgcapital.com> wrote:
  Michelle,

  My name is Ralph.  I am Nathan's uncle.  It's my understanding that
  you work with him in the hospital.  He forwarded me you contact
  info stating you would like to possibly invest with our firm.

  Are you interested in our compounded fixed index?

  1 year?

  3 year?

  Are you an accredited investor?

  What is your investment history?

  Home? 401K? Stocks?

  Let me know what you had in mind and let's see if we can help you
  with better returns and security.

  Have a great afternoon.

  Sincerely,

  **Ralph R. Freeman III**
  *Consulting Manager*

  ***Capital Raise Division***
  JSG Capital Investments LLC
  255 California Street
  San Francisco CA 94111
  888.294.2472 | ext 565
  415.295.4667 | ext 565
  rfreeman@jsgcapital.com
  jsgcapitalinvestments.com

  This message is intended only for the use of the Addressee(s) and
  may contain information that is PRIVILEGED, CONFIDENTIAL
  and/or EXEMPT FROM DISCLOSURE under applicable law.
  If you are not the intended recipient, you are hereby notified that
  any disclosure, copying, distribution, or use of theinformation
  contained herein is STRICTLY PROHIBITED. If you
  received this communication in error, please destroy all copies of
  the message, whether in electronic or hard copy format, as well as

attachments and immediately contact the sender byreplying to this
email. Thank you!

# Chung Declaration

# <u>Exhibit G</u>



A boutique investment firm specializing
in sustainable growth for all investors

### PROMISSORY COMPOUNDED FIXED INDEX INVESTMENT AGREEMENT

This Fixed Index Compounded Investment Agreement, entered into on January 28th, 2016 is made by and between █████████████████████████████████ Los Angeles, CA. 90█████████████████████████████████████████████ at 9465 Wilshire Boul████████████████████████████████████████████ CA. 94111 ("Investee") for the purpose of a fixed income (compounded) investment return to "Investor" on the terms and conditions set forth hereinafter.

For value received, the undersigned "Investor" promises to invest with the "Investee" the principal sum of $54,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

**<u>Payments</u>**

This is an Investment Note for the purchase of equities both long and short positions and Initial Public Offerings via the indices of the NYSE and NASDAQ - investing on behalf of the "Investor" thru JSG Capital Investments LLC.  The principal is due and payable in full within five days of demand by "Investor" from the maturity date of January 28th, 2019.  The "Investor" will receive a yearly interest (dividend) payment of $32,455.74 or 4% compounded monthly and annualized at a 48% percent yearly rate of return on January 28th, 2017.  "Investor" will have the option in year 2 and 3 to receive weekly fixed dividend payments or continue with the yearly compounding interest option.   All interest and dividend payments are made by investment income achieved by JSG Capital Investments LLC.

Payments to be made in the following forms: Cashier's Check or Direct Deposit to the "Investor".

**<u>Application of Payments</u>**

Investment must be received no later than Monday, February 1st, 2016 by 5:00 pm, to adhere to the above mentioned timeline.

**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472
(415) 295-4667

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233
(718) 376-6725

**JSG Capital**
Investments

A boutique investment firm specializing
in sustainable growth for all investors

**Early Termination Clause.**
In the event the "Investor" requests funds invested prior to completion of the agreement a 20% penalty will be imposed on the principal amount invested. All funds will be returned within five business days of this request being made. Funds will be returned in the same manner and account as originated.

**Default**
JSG Capital Investments LLC is entitled five business days to make any weekly, monthly and yearly interest (dividend/coupon) payment before being considered in default. In the event of any default, all sums owing and to become owing hereon, at the option of the "Investor", shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The "Investee" agrees to pay all costs and expenses that the "Investor" may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the "Investor" under this Agreement and reasonable attorneys' fees relating to any actions or proceedings which the "Investor" may institute or in which the "Investor" may appear or participate and in any appeals therefrom. Any judgment recovered by the "Investor" hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.


Failure to exercise this option shall not constitute a waiver by the "Investor" of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.


**Maximum Interest**
Notwithstanding any other provision of this Agreement, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

**Other Payment Terms**
This Note is secured by assets of JSG Capital Investments LLC with accounts at Fidelity Investments and Morgan Stanley – Trading Desk Partner (Prime Brokerage). The "Investor" will also be listed as a primary beneficiary for his principal investment amount of $54,000.00 with Nationwide Insurance formerly Freedom Specialty Insurance (Underwritten by Scottsdale Indemnity Company). This policy covers JSG Capital Investments under Investment Company D&O/E&O Asset Shield – Asset Management Protection. In the event of a loss, the "Investor" is eligible to file a claim at fsreportaloss@freedomspecialtyins.com. "Investor" is also covered via SIPC Investment Insurance for up to $250,000.00 per investment account. Upon completion of the three year agreement, the "Investor" will have the opportunity to renew his contract at his discretion.



A boutique investment firm specializing
in sustainable growth for all investors

**Guarantee of Repayment.**
JSG Capital Investments LLC, guarantees repayment of initial investment of $54,000.00 to the
"Investor" upon completion of the contractual agreement. For value received, each and every
person signing or endorsing this Agreement waives presentment, demand, protest, notice of
nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

This agreement is to be construed according to the laws of the State of California.


INVESTEE:          _____
                   *Jason Gill*
                   C60BAA7E875A4B2...
                   Jason Gill – CEO/Principal
                   JSG Capital Investments LLC


WITNESS:           _____
                   *Karen Dhaliwal*
                   548F47CB28A041F...
                   Karen Dhaliwal – Legal/Compliance
                   JSG Capital Investments LLC


INVESTOR:


Date: 01/28/2016


**WEST COAST**
255 California Street
San Francisco, CA 94111
(888) 294-2472

**SOUTHERN CALIFORNIA**
9465 Wilshire Boulevard
Beverly Hills, CA 90212
(424) 284-4220

**EAST COAST**
17 State Street
New York, NY 10004
(888) 400-9233