JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>Relief Defendant. | Case No.<br><br>**DECLARATION OF ALLA KARPUK IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED** |

Case No. _____

# DECLARATION OF ALLA KARPUK

I, Alla Karpuk, declare as follows:

1. I am over 18 years of age and of competent mind. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, would so testify.

2. I am a Corporation Examiner, Supervisor at the Department of Business Oversight.

3. On July 27, 2015, I had a phone conversation with Ana Maricel Dacasin Cruz. Ms. Cruz said that she was concerned about an investment that she made with JSG Capital Investments, LLC, and asked me whether JSG Capital Investments, LLC was a licensed investment adviser.

4. On July 28, 2015, Ms. Cruz sent me an email with two attachments. A true and correct copy of the email is attached as Exhibit A. A true and correct copy of the first attachment, titled "Promissory Conversion Investment Note Agreement," is attached as Exhibit B. A true and correct copy of the second attachment, titled "Fixed Index Investment Agreement," is attached as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Sacramento, CA_ on _May 12th_, 2016.

_/s/ Alla Karpuk_
Alla Karpuk

# Karpuk Declaration

# Exhibit A

**Karpuk, Alla@DBO**

| | |
|---|---|
| **From:** | ana dacasin <ana_macel@yahoo.com> |
| **Sent:** | Tuesday, July 28, 2015 1:06 PM |
| **To:** | Karpuk, Alla@DBO |
| **Subject:** | Fw: Re: termination of investment |
| **Attachments:** | JSGCapital-Logo-email.png; Please_DocuSign_Ana_Maricel_Dacasin_Cruz_-_J.pdf; Please |



--- On Tue, 7/28/15, R. Freeman - JSG Capital LLC <rfreeman@jsgcapital.com> wrote:

> From: R. Freeman - JSG Capital LLC <rfreeman@jsgcapital.com>
> Subject: Re: termination of investment
> To: "ana dacasin" <ana_macel@yahoo.com>
> Date: Tuesday, July 28, 2015, 8:05 AM
> Ana,
> My name is Ralph. I am the Uncle
> that I am sure you have heard about. Nathan mentioned to me last week
> that you wanted to remove $20K dollars from the account to help out
> some family members, this I understand, we all have had these sort of
> things come up.
> Yesterday, Nathan texted me that you
> were thinking that we were a shady firm because our website changed.
> We had to adjust the website to appease FINRA (the state regulation
> review board) on our registration to be a larger firm. For 8 years
> Mr. Gill has been operating his private investment firm and he brought
> me and Jarrod Kilefner on this year to from the firm. Once the state
> approves our growth from 25 million assets under management to 110 AUM
> we will not only me found on the FINRA site for broker check, we will
> be advertising to the community about what we can do for them and
> their future.
> The connection you received from my
> nephew was a connection you can not find. You are a non-accredited
> investor and our rate of return is un-matchable. You are receiving 5%
> on your money invested. That rate was set up for immediate family or
> friends of family. The general public will be receiving 1% - 3% when
> our registration is complete.
> You have already received $5,850.00
> between your two investment contracts with us. If you family needs
> money, try to explain to them that pulling your money out will not
> only cause you to loose $20K dollars from the early termination
> clause. Your rate of return will never be at 5% again.
> 619-820-2212
> This is my cell phone number. I
> will be landing in San Diego at 11:45 today. If you would like to
> call me to talk, I would love to answer any questions you might have.
> My suggestion, if you have to, last
> resort, no choice, your family needs you. Cancel the FIXED INDEX
> weekly contract and keep the Airbnb contract. This will keep you half

1

> in the firm and allow you a nice return in the future when Airbnb goes
> public.
> If you do want to remove the funds
> from Airbnb as well, it would take until the 13th of August.
> We have to contact Sequoia Capital LLC and have the contract
> cancelled. Sequoia capital is the VC (venture
> capital) firm that is holding the shares of Airbnb.
> I have attached your two contracts
> for you in the form of a PDF, print them if you need to do so.
>
> Sincerely,
>
> Ralph R. Freeman IIIConsulting
> Manager
> Capital Raise
> Division
> JSG
> Capital Investments LLC
> 255
> California Street
> San
> Francisco CA 94111
> 888.294.2472
> | ext 565
> 415.295.4667 |
> ext 565
  rfreeman@jsgcapital.comjsgcapitalinvestments.com
>
> This
> message is intended only for the use
> of the Addressee(s) and may contain information that is PRIVILEGED,
> CONFIDENTIAL and/or EXEMPT FROM DISCLOSURE under applicable law. If
> you are not the intended recipient, you are hereby notified that any
> disclosure, copying, distribution, or use of the information contained
> herein is STRICTLY PROHIBITED. If you received this communication in
> error, please destroy all copies of the message, whether in electronic
> or hard copy format, as well as attachments and immediately contact
> the sender by replying to this email. Thank you!
>
>
>
>
> On
> Jul 27, 2015, at 4:28 PM, ana dacasin <ana_macel@yahoo.com>
> wrote:
> Hi Ralph,
> This is ANA CRUZ and I was asked to
> email you to inform you of my withdrawal of my money from your
> company. I'm hoping to get my money as soon as possible. Thank you.
>
>
>

2

> ANA
>
>

SEC-CADBO-E-0000045

# Karpuk Declaration

# Exhibit B

**JSG Capital LLC**
Investments

*A boutique investment firm specializing in sustainable growth for all investors*

# PROMISSORY CONVERSION INVESTMENT NOTE AGREEMENT

This Promissory Conversion Note Agreement, entered into on June 12th, 2015 is made by and between Ana Maricel Dacasin Cruz residing at [redacted by Commission], Los Angeles, CA. 90004 ("Investor") and Jason Gill of JSG Capital LLC, offices at 255 California Street, San Francisco, CA. 94111 and 17 State Street, New York, NY. 10004 ("Investee") for the purpose of paying funds to "Investor" on the terms and conditions set forth hereinafter.

For value received, the undersigned "Investee" promises to pay to the order of "Investor" the principal sum of $48,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

### Payments.
This is a Conversion Note for purchase of stock and conversion to Ana Maricel Dacasin Cruz of the (Airbnb) Pre-IPO Private Placement Offering by way of JSG Capital Investments LLC. The principal is due and payable in full within 5 days of demand by "Investor" from the exercised date of June 12th, 2016. Ms. Cruz will receive a monthly interest (coupon) payment of $2400.00 or 5% of the aggregate amount invested beginning July 15th, 2015 and every 30 days thereafter up and to the expiration of the lockup period of the Initial Public Offering of Airbnb. Monthly Periodic payments are required under this Note. Monies for investment must be received by JSG Capital Investments by June 15th, 2015 at 5:00 p.m.

Payments are to be made in the following forms: Direct Deposit to Ana Maricel Dacasin Cruz.

### Application of Payments.
All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance.

### Early Termination Clause.
In the event a client requests funds invested prior to completion of the term contract a 20% penalty will be imposed on the principal amount invested. All funds will be returned within five business of this request being made minus any and all interest payments paid to date. Funds will be returned in the same manner and account as originated.

| WEST COAST | SOUTHERN CALIFORNIA | EAST COAST |
|---|---|---|
| 255 California Street | 9465 Wilshire Boulevard | 17 State Street |
| San Francisco, CA 94111 | Beverly Hills, CA 90212 | New York, NY 10004 |
| (866) 284-2472 | (424) 284-4250 | (888) 408-9234 |
| (415) 295-4587 | | (718) 475-5725 |

SEC-CADBO-E-0000046

DocuSign Envelope ID: 57D01BF9-D1D5-4418-AFF6-8CCF85EB2A08

**JSG Capital LLC**
Investments

A boutique investment firm specialized
in sustainable growth for all investors

### Default.

In the event of any default, all sums owing and to become owing hereon, at the option of the Note Holder, shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The Borrower agrees to pay all costs and expenses that the Note Holder may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the Note Holder under this Note and reasonable attorneys' fees relating to any actions or proceedings which the Note Holder may institute or in which the Note Holder may appear or participate and in any appeals therefrom. Any judgment recovered by the Note Holder hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.

Failure to exercise this option shall not constitute a waiver by Note Holder of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.

### Maximum Interest.

Notwithstanding any other provision of this Note, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

### Other Payment Terms.

48,000.00 allocates approximately 4000 shares of Airbnb stock (IPO) by way of JSG Capital Investments LLC to Ana Maricel Dacasin Cruz based on the final underwriting price. Ms. Cruz retains the right to purchase additional shares of Airbnb stock thru private placement from JSG Capital Investment LLC at a conversion cap rate of $12.00 per share and valuation cap of $20 billion should the date of the Initial Public Offering be extended and based on share availability. If the Initial Public Offering is cancelled or IPO shares inaccessible for any reason, all funds invested will be returned within 5 business days and client is permitted to keep any interest (coupon) payments received up to that point in time. If the Initial Public Offering price is increased due to demand or extenuating market conditions, price will not exceed the offering price allocated to Morgan Stanley for "accredited investors". If the price is increased, shares allocated will be based on the new offering price and quantity allocated will be adjusted accordingly based on amount invested at that point prior to Initial Public Offering. Upon completion of 180 day lockup period shares or proceeds of sale of stock will be transferred to Ms. Cruz based on final IPO price underwritten and shares allocated contingent to approval of Airbnb Executive Committee. Transfer of shares or proceeds of sale of stock will be conducted by American Stock Transfer & Trust Company the corresponding registered transfer agent. Shares or proceeds of sale of stock will be transferred within 5 business days to an investment account held by Ana Maricel Dacasin Cruz. Ms. Cruz shall present her instructions of the sale of entire investment or portion thereof within 5 business days of the said IPO lockup expiration date in writing or recorded telephone conversation.

| WEST COAST | SOUTHERN CALIFORNIA | EAST COAST |
| --- | --- | --- |
| 260 California Street | 9465 Wilshire Boulevard | 17 State Street |
| San Francisco, CA 94111 | Beverly Hills, CA 90212 | New York, NY 10004 |
| (800) 264-0472 | (424) 284-4230 | (864) 400-9999 |
| (415) 294-9867 | | (718) 576-3725 |

DocuSign Envelope ID: 57D91BF9-D1D5-4418-AFF6-8CCF85EB2A08

**JSG Capital** LLC
Investments

A boutique investment firm specializing in sustainable growth for all investors.

This Note is secured by assets of JSG Capital LLC with accounts with Fidelity Investments and Morgan Stanley (Trading Partner – Prime Brokerage). Ms. Cruz will also be listed as a beneficiary for her principal investment amount of $48,000.00 with Freedom Specialty Insurance. This policy covers JSG Capital Investments under Investment Company D&O/E&O Asset Shield – Asset Management Protection. In the event of a loss Ms. Cruz is eligible to file a claim at fsreportaloss@freedomspecialtyins.com.

This note is to be construed according to the laws of the State of California.

**Guarantee of Repayment.**
JSG Capital Investments LLC, guarantees repayment of initial investment of $48,000.00 to Ana Maricel Dacasin Cruz by June 12th, 2016 if the Initial Public Offering for Airbnb is delayed due to extenuating market circumstances. Upon completion of a successful Initial Public Offering and expiration of the 180 day lockup period, Ms. Cruz will receive the entire proceeds from the sale or transfer of Airbnb shares allocated. For value received, each and every person signing or endorsing this Note waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

INVESTEE:

*Jason Gill*
Jason Gill – Managing Director- JSG Capital Investments, LLC

WITNESS:

*Karen Dhaliwal*
Karen Dhaliwal – Legal/Compliance Mgr.

*Ana Maricel Dacasin Cruz*
Ana Maricel Dacasin Cruz - Investor

INVESTOR:

DATE: 06/12/2015

# Karpuk Declaration

# Exhibit C

DocuSign Envelope ID: C243A8E1-54B6-4A1F-AA3A-8C7F7F6360FB

**JSG Capital**
Investments

# FIXED INDEX INVESTMENT AGREEMENT

This Investment Agreement, entered into on June 12th, 2015 is made by and between Ana Maricel Dacasin Cruz ("Investor") residing at [redacted by Commission], Los Angeles, CA. 90004 and Jason Gill of JSG Capital LLC, offices at 255 California Street, San Francisco, CA. 94111 and 17 State Street, New York, NY. 10004 ("Investee") for the purpose of a fixed income investment return to "Investor" on the terms and conditions set forth hereinafter.

For value received, the undersigned "Investor" promises to pay to the "Investee" the principal sum of $52,000.00, payable as upon the following terms and conditions:

Interest shall accrue on the principal under the following parameters:

### Payments
This is an Investment Note for the purchase of equities both long and short positions via the indices of the NYSE and NASDAQ - investing on behalf of Ms. Cruz thru JSG Capital Investments LLC. The principal is due and payable in full within 5 days of demand by "Investor" from the maturity date of June 12th, 2016. Ms. Cruz will receive a weekly interest (dividend) payment of $650.00 or 5% of the total aggregate amount invested per week for the duration of the contract period. The first payment will be June 24th, 2015 and every 7th day (5 business days of trading and 2 business days for settlement of transactions) from investment income achieved by JSG Capital Investments LLC and every week thereafter until the maturity date of June 12th, 2016. Weekly Periodic payments are required under this Note.

Payments to be made in the following forms: Cashier's Check or Direct Deposit to Ana Maricel Dacasin Cruz.

### Application of Payments
All payments on this Note shall be applied first to the payment of any costs, fees or other charges incurred in connection with the indebtedness evidenced hereby, next to the payment of accrued interest and then to the reduction of the principal balance. Investment must be received no later than Friday, June 12th, 2015 by 5:00 pm, to adhere to the above mentioned timeline.

### Early Termination Clause.
In the event a client requests funds invested prior to completion of the term contract a 20% penalty will be imposed on the principal amount invested. All funds will be returned within five business of this request being made minus any and all interest payments paid to date. Funds will be returned in the same manner and account as originated.

### Default
In the event of any default, all sums owing and to become owing hereon, at the option of the Note Holder, shall become immediately due and payable and shall bear interest thereafter at a rate of 10% per annum. The Borrower agrees to pay all costs and expenses that the Note Holder may incur by reason of any default, including without limitation, reasonable attorneys' fees with respect to legal services relating to any default or to a determination of any rights or remedies of the Note Holder under this Note and reasonable attorneys' fees relating to any actions or proceedings which the Note Holder may institute or in which the Note Holder may appear or participate and in any appeals therefrom. Any judgment recovered by the Note Holder hereof shall bear interest at the default rate per annum, not to exceed however, the highest rate of interest then permitted by law on such judgment.

Failure to exercise this option shall not constitute a waiver by Note Holder of the right to exercise the same in the event of any subsequent default or in the event of continuance of any existing default after demand for strict performance hereof.

### Maximum Interest
Notwithstanding any other provision of this Note, fees and charges payable by reason of the indebtedness evidenced hereby shall not exceed the maximum, if any, permitted by any governing law.

### Other Payment Terms
This Note is secured by assets of JSG Capital LLC with accounts at Fidelity Investments and Morgan Stanley – Trading Desk Partner (Prime Brokerage). Ms. Cruz will also be listed as a beneficiary for her principal investment amount of $52,000.00 with Freedom Specialty Insurance. This policy covers JSG Capital Investments under Investment Company D&O/E&O Asset Shield – Asset Management Protection. In the event of a loss Ms. Cruz is eligible to file a claim at fsreportaloss@freedomspecialtyins.com. Upon completion of the one year contract, Ms. Cruz will have the opportunity to renew her contract at her discretion.

This agreement is to be construed according to the laws of the State of California.

**JSG Capital** Investments

*A boutique investment firm specializing in sustained its growth for all investors*

**Guarantee of Repayment.**
JSG Capital Investments LLC, guarantees repayment of initial investment of $52,000.00 to Ana Maricel Dacasin Cruz upon completion of the yearly contractual agreement. For value received, each and every person signing or endorsing this Note waives presentment, demand, protest, notice of nonpayment, and notice of dishonor thereof, and binds himself as a principal and not as a surety.

BORROWER: *Jason Gill*
Jason Gill – JSG Capital Investments LLC

WITNESS: *Karen Dhaliwal*
Karen Dhaliwal – Legal/Compliance
JSG Capital Investments LLC

LENDER: *Ana Maricel Dacasin Cruz*
Ana Maricel Dacasin Cruz – Investor

DATE:
06/12/2015