UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>     v.<br><br>JSG CAPITAL INVESTMENTS, LLC, et al.,<br><br>            Defendants. | Case No. 16-cv-02814-JSW<br><br>**ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 4 |

Plaintiff Securities and Exchange Commission ("the SEC") has filed a motion for an ex parte temporary restraining order and for other expedited preliminary relief. However, the SEC has not certified in writing why notice should not be required pursuant to Federal Rule of Civil Procedure 65(b) and Civil Local Rule 7-10. In fact, the Declaration of Ruth L. Hawley in support of the motion indicates that the SEC has attempted to notify and serve the individual Defendants. (Dkt. No. 5, ¶ 18.)

The Court finds, however, that the SEC has shown good cause why the motion for TRO should be decided on a very expedited basis. Therefore, it is HEREBY ORDERED that Defendants shall file a written response to Plaintiff's application by **4:00 p.m. on Thursday, May 26, 2016**. The Court shall hold a hearing on **Friday, May 26, 2016 at 9:00 a.m.**, in the United States Courthouse, 1301 Clay Street, Oakland, California, 2nd Floor, Courtroom 5.

The SEC shall serve a copy of this order by email on each Defendant for whom the SEC has or can reasonably obtain contact information today, May 25, 2016, **immediately** upon receipt of this order and shall leave each such Defendant a voicemail advising the Defendant of such service. The SEC shall also serve each such Defendant with all documents filed in this case that

///

have not already been served.  Finally, the SEC shall promptly file proof of such service and notification with this Court.

**IT IS SO ORDERED.**

Dated: May 25, 2016

*[signature]*
JEFFREY S. WHITE
United States District Judge