JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
| Plaintiff, | **PROOF OF SERVICE AND NOTIFICATION OF ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY RESTRAINING ORDER** |
| v. | |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

1    Pursuant to this Court's May 25, 2016 Order Setting Briefing and Hearing Schedule re

2  Motion for Temporary Restraining Order (the "Order") in the above-captioned matter (Dkt. No. 17),

3  undersigned counsel for Plaintiff Securities and Exchange Commission (the "Commission") hereby

4  certifies as follows:

5      1.  As set forth in my prior declaration supporting the Commission's Motion for a Temporary

6          Restraining Order ("Motion"), I provided notice of the Commission's intent to file its

7          Motion, as well as a copy of the Complaint in this action and a copy of the brief

8          supporting the Motion, to defendants Jaswant S. Gill and Javier Rios by email and by

9          voicemail at approximately 9:50 a.m. on May 25, 2016.  Dkt No. 5 ¶ 18.  Notice was

10         effectuated on the JSG entity defendants and relief defendant pursuant to this notice.  *Id.*

11     2.  On May 25, 2016, at 12:01 pm and 12:14 pm, respectively, I caused a member of the

12         Commission's information technology staff to send an email to Mr. Gill, and an email to

13         Mr. Rios, at the same email addresses referenced above (*see* Dkt. No. 5 ¶ 18), containing a

14         link to download a .zip file with all of the supporting documents to the Commission's

15         Motion.  True and correct copies of these emails are attached as Exhibits A and B.

16     3.  Pursuant to the Order, on May 25, 2016, at 5:06 pm, I served Mr. Gill with a copy of the

17         Order by email at the email address referenced in my earlier declaration.  *See* Dkt. No. 5

18         ¶¶ 3, 18.  I also left a voicemail advising Mr. Gill of such service at the cellular telephone

19         number referenced in my earlier declaration.  *See* Dkt. No. 5 ¶ 18.  A true and correct

20         copy of my email to Mr. Gill is attached as Exhibit C.

21     4.  Pursuant to the Order, on May 25, 2016, at 5:08 pm, I served Mr. Rios with a copy of the

22         Order by email at the email address referenced in my earlier declaration.  *Id.*  I also left a

23         voicemail advising Mr. Rios of such service at the cellular telephone number referenced in

24         my earlier declaration.  *Id.* A true and correct copy of my email to Mr. Rios is attached as

25         Exhibit D.

26     5.  At approximately 5:30 pm, I also called all of the four telephone numbers listed on JSG

27         Capital Investments, LLC's website.  All four numbers reached the same recording, which

28         stated that I had reached JSG Capital LLC.  The recording allowed me to leave voicemails

in the voicemail boxes of Jason Gill and Mark Bryant, who is listed on the California Secretary of State's website as the registered agent for service of process for JSG Capital, LLC.  The recording did not allow me to leave a message for Javier Rios, or any other officers, members, principals or registered agents of the JSG entities.  My voicemails to Mr. Gill and Mr. Bryant provided notice of the pending action, Motion, and request for asset freezes, listed all of the defendants and the relief defendant, stated that the Court had issued an Order setting a briefing and hearing schedule on the Motion, and recited the details of the Court's briefing and hearing schedule.

6.  At approximately 5:40 pm, I called Corporation Service Company, the registered agent of process for JSG Capital Investments, LLC, JSG Capital LLC, JSG Enterprises, LLC, and JSG Management Group LLC, at their main telephone number.  I spoke with a woman named Jeanette, who informed me that the Corporation Service Company categorically would not pass on any phone or email messages to the companies.

7.  Finally, at approximately 6:00 pm, I also completed the "Contact Form" on JSG Capital Investments, LLC's website, which is the only apparent way to contact any of the JSG entities by electronic means.  A true and correct copy of the message I received in response to my submission, which contains the message I sent, is attached as Exhibit E.

8.  Finally, the Commission intends to serve Corporation Service Company, the registered agent of process for the JSG entities identified in ¶ 6, with a copy of all documents filed in this case and a copy of the Order by hand delivery tomorrow, May 26, 2016.  The Commission will file an updated proof of service with the Court upon service.

Dated:  May 25, 2016                     Respectfully submitted,

/s/ Ruth L. Hawley
RUTH L. HAWLEY
Attorney for Plaintiff
SECURITES AND EXCHANGE COMMISSION

2

# Proof of Service


# Exhibit A

| | |
|---|---|
| From: | Tabrizi, Kian |
| To: | jgill@jsgcapital.com |
| Cc: | Hawley, Ruth L |
| Subject: | Motion for Temporary Restraining Order in SEC v. JSG Capital Investments, LLC et al, Supporting Papers |
| Date: | Wednesday, May 25, 2016 12:01:20 PM |

**You have received 1 secure file from tabrizik@sec.gov.**
Use the secure link below to download.

Mr. Gill,

Further to my voicemail and email this morning providing you with notice that the SEC intends to file a complaint and motion for temporary restraining order today in the Northern District of California against Jaswant Gill, Javier Rios, JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC as defendants, and JSG Management Group LLC as a relief defendant, the following documents may be downloaded through this FTP link:

[insert link]

1) [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
2) DECLARATION OF RUTH L. HAWLEY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
3) EXHIBITS TO HAWLEY DECLARATION
4) DECLARATION OF JOHN A. ROSCIGNO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
5) EXHIBITS TO ROSCIGNO DECLARATION
6) DECLARATION OF TRACY JOHNSTON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
7) DECLARATION OF MICHELLE CHUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
8) DECLARATION OF ALLA KARPUK IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
9) PROPOSED SUMMONS
10) CIVIL COVER SHEET
11) DECLINATION OF MAGISTRATE JUDGE

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

**Secure File Downloads:**
Available until: **24 June 2016**

Click link to download:

>   **TRO Docs.zip**
>   38.01 MB, Fingerprint: 9d0b94e9d06aa934a35792a44c1e82cd (What is this?)

You have received attachment link(s) within this email sent via SEC's Secure File Transfer. To retrieve the attachment(s), please click on the link(s).

Secured by Accellion

# Proof of Service

# Exhibit B

| | |
|---|---|
| **From:** | Tabrizi, Kian |
| **To:** | jrios@jsgcapitalinvestments.com |
| **Cc:** | Hawley, Ruth L |
| **Subject:** | Motion for Temporary Restraining Order in SEC v. JSG Capital Investments, LLC et al, Supporting Papers |
| **Date:** | Wednesday, May 25, 2016 12:13:32 PM |

**You have received 1 secure file from tabrizik@sec.gov.**
Use the secure link below to download.

Mr. Rios,

Further to my voicemail and email this morning providing you with notice that the SEC intends to file a complaint and motion for temporary restraining order today in the Northern District of California against Jaswant Gill, Javier Rios, JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC as defendants, and JSG Management Group LLC as a relief defendant, the following documents may be downloaded:

1) [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
2) DECLARATION OF RUTH L. HAWLEY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
3) EXHIBITS TO HAWLEY DECLARATION
4) DECLARATION OF JOHN A. ROSCIGNO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
5) EXHIBITS TO ROSCIGNO DECLARATION
6) DECLARATION OF TRACY JOHNSTON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
7) DECLARATION OF MICHELLE CHUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
8) DECLARATION OF ALLA KARPUK IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED
9) PROPOSED SUMMONS
10) CIVIL COVER SHEET
11) DECLINATION OF MAGISTRATE JUDGE

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

**Secure File Downloads:**
Available until: **24 June 2016**

Click link to download:

**TRO Docs.zip**
38.01 MB, Fingerprint: 9d0b94e9d06aa934a35792a44c1e82cd (What is this?)

You have received attachment link(s) within this email sent via SEC's Secure File Transfer. To retrieve the attachment(s), please click on the link(s).

# Proof of Service

# Exhibit C

| | |
|---|---|
| **From:** | Hawley, Ruth L |
| **To:** | jgill@jsgcapital.com |
| **Cc:** | Habermeyer, Jason M. |
| **Subject:** | Court Order in SEC v. JSG Capital Investments, LLC et al |
| **Date:** | Wednesday, May 25, 2016 5:06:00 PM |
| **Attachments:** | Order Setting Briefing and Hearing Schedule.pdf |

Mr. Gill,

This email is to serve you and Defendants JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC with the attached:

1)  ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY RESTRAINING ORDER

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

# Proof of Service

# Exhibit D

| | |
|---|---|
| **From:** | Hawley, Ruth L |
| **To:** | jrios@jsgcapitalinvestments.com |
| **Subject:** | FW: Court Order in SEC v. JSG Capital Investments, LLC et al |
| **Date:** | Wednesday, May 25, 2016 5:07:00 PM |
| **Attachments:** | Order Setting Briefing and Hearing Schedule.pdf |

Mr. Rios,

This email is to serve you and Relief Defendant JSG Management Group LLC with the attached:

1)   ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY
     RESTRAINING ORDER

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

# Proof of Service


# Exhibit E

| | |
|---|---|
| **From:** | Hawley, Ruth L |
| **To:** | Stearns, John |
| **Cc:** | Habermeyer, Jason M. |
| **Subject:** | FW: Confirmation: Message received... |
| **Date:** | Wednesday, May 25, 2016 6:09:13 PM |

-----Original Message-----
From: sales@jsgcapital.com [mailto:sales@jsgcapital.com]
Sent: Wednesday, May 25, 2016 5:59 PM
To: Hawley, Ruth L
Subject: Confirmation: Message received...

Thank you for your message. We will reply you as soon as possible.

This is a copy of the data sent:

Name: Ruth Hawley

Email: hawleyr@sec.gov

Phone Number: 415-705-8154

Subject: Complaint and Motion for Temporary Restraining Order Against Defendants Jaswant Gill, Javier Rios, JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC, and Relief Defendant JSG Management Group LLC;  ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY RESTRAINING ORDER

Message: The SEC has filed a complaint and motion for temporary restraining order seeking asset freezes in the Northern District of California against Jaswant Gill, Javier Rios, JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC as defendants, and JSG Management Group LLC as relief defendants. The case number is 16-cv-02814-JSW.

The Court has Ordered that Defendants shall file a written response to Plaintiff's application by 4:00 p.m. on Thursday, May 26, 2016, and that the Court shall hold a hearing on Friday, May 26, 2016 at 9:00 a.m., in the United States Courthouse, 1301 Clay Street, Oakland, California, 2nd Floor, Courtroom 5.

Best Regards,
JSG Capital Group.