1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                 NORTHERN DISTRICT OF CALIFORNIA

6

7   SECURITIES AND EXCHANGE
    COMMISSION,                                     Case No.  16-cv-02814-JSW

8                  Plaintiff,

9          v.                                       **ORDER SETTING INITIAL CASE
                                                    MANAGEMENT CONFERENCE
10  JSG CAPITAL INVESTMENTS, LLC, et                AND ADR DEADLINES**
    al.,

11
                   Defendants.

12

13         IT IS HEREBY ORDERED that this action is assigned to the Honorable Jeffrey S. White.

14  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve

15  on all other parties a copy of this order and all other documents specified in Civil Local Rule 4-2.

16  Counsel must comply with the case schedule listed below unless the Court otherwise orders.

17         IT IS FURTHER ORDERED that this action is assigned to the Alternative Dispute

18  Resolution (ADR) Multi-Option Program governed by ADR Local Rule 3.  Counsel and clients

19  shall familiarize themselves with that rule and with the material entitled "Dispute Resolution

20  Procedures in the Northern District of California" on the Court ADR Internet site at

21  http://www.cand.uscourts.gov/adr.  A limited number of printed copies are available from the

22  Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF).

23

| CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 5/25/2016 | Complaint Filed | |
| 8/5/2016 | *Last day to:<br>• meet and confer re: initial disclosures, early | FRCivP 26(f) & ADR L.R.3-5 |

*United States District Court
Northern District of California*

| | | |
|---|---|---|
| | settlement, ADR process selection, and discovery plan | |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference http://www.adr.cand.uscourts.gov (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(c) & ADR L.R. 3-5(b) |
| 8/19/2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at  http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil L.R . 16-9 |
| 8/26/2016 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 11:00 AM in: Courtroom 5, 2nd Floor Ronald Dellums Federal Building 1301 Clay Street Oakland, CA 94612 | Civil L.R . 16-10 |

**\*** If the Initial Case Management Conference is continued, the other deadlines are continued accordingly.