AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> *Plaintiff(s)* <br> v. <br> JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, et al <br><br> *Defendant(s)* | Civil Action No. 4:16-cv-02814-JSW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  [see attached list]


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ruth L. Hawley
Securities and Exchange Commission
44 Montgomery Street, 28th Floor
San Francisco, California  94104


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*
*Susan Y. Soong*

Date:     05/26/2016                                      /s/ Jessie Mosley     Jessie Mosley

*Signature of Clerk or Deputy Clerk*

ATTACHMENT TO PROPOSED SUMMONS

Securities and Exchange Commission
v.

JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC,
JSG ENTERPRISES, LLC, JASWANT S. GILL, and JAVIER RIOS,
Defendants, and

JSG MANAGEMENT GROUP LLC,
Relief Defendant

*Defendants*

JSG CAPITAL INVESTMENTS, LLC
1325 Pacific Hwy Unit 1706
San Diego CA 92101
(888) 294-2472; (415) 295-4667
(888) 400-9233; (718) 374-6725

JSG CAPITAL, LLC
c/o Mark P. Bryant
255 California St 9th Floor
San Francisco CA 94111
(888) 294-2472; (415) 295-4667

JSG CAPITAL LLC
9465 Wilshire Blvd Suite 300
Beverly Hills CA 90212
(888) 294-2472; (415) 295-4667

JSG ENTERPRISES, LLC
8605 Santa Monica Blvd Suite 89916
Los Angeles CA 90069

JASWANT S. GILL
1325 Pacific Highway, Unit 1706
San Diego, CA 92101
(415) 730-6170
jgill@jsgcapital.com

ATTACHMENT TO PROPOSED SUMMONS

JAVIER RIOS
910 Euclid Ave Apt 15
National City, CA 91950
(619) 632-8643 (cell)
jrios@jsgcapitalinvestments.com

*Relief Defendant*

JSG MANAGEMENT GROUP LLC
8605 Santa Monica Blvd Suite 89916
Los Angeles CA 90069
    or
9465 Wilshire Blvd Suite 300
Beverly Hills CA 90212
    or
910 Euclid Ave Apt 15
National City, CA 91950

ATTACHMENT TO PROPOSED SUMMONS