# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**DATE**:  May 27, 2016                                                      Time in Court: 21 minutes

**JUDGE: JEFFREY S. WHITE**                          **Court Reporter**:  Raynee Mercado

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: C-16-2814   JSW**

**TITLE: Securities and Exchange Commission v. JSG Capital Investments, LLC, et al.,**

**COUNSEL FOR PLAINTIFF:**                         **COUNSEL FOR DEFENDANT:**

Jason Habermeyer                                            No appearance by or for defendants
Ruth Hawley

**PROCEEDINGS:**     Motion for Temporary Restraining Order

**RESULTS:**     Hearing held.
A written order shall issue re: Temporary Restraining Order

The Court set the following briefing schedule re: Motion for Prelim. Injunction:
 Plaintiff shall submit revised proposed order for Motion for Prelim. Injunction. by: 5-31-16
    Opposition due:                                        6-3-16
    Reply due:                                               6-8-16 by 12:00 p.m. (noon)
Hearing on Motion for Preliminary Injunction:     6-10-16 at 9:00 a.m.