JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>　　　　Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>　　　　Relief Defendant. | Case No. 4:16-CV-2814-JSW<br><br>**PROOF OF SERVICE AND NOTIFICATION OF:**<br><br>**ORDER GRANTING IN PART TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AS MODIFIED AND REQUIRING SERVICE**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>[Re Dkt. Nos. 24, 25] |

Pursuant to this Court's May 27, 2016 Order Granting In Part Temporary Restraining Order and Other Preliminary Relief and Order to Show Cause Why A Preliminary Injunction Should Not Be Granted As Modified and Requiring Service ("Order") (Dkt. No. 24), Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies as follows:

1. On May 27, 2016, at 11:45 am, I served Mr. Gill with a copy of the Order by email at the email address referenced in my earlier declaration. *See* Dkt. No. 5 ¶¶ 3, 18. I also left a voicemail advising Mr. Gill of the Order and of such service at the cellular telephone number referenced in my earlier declaration. *See* Dkt. No. 5 ¶ 18. A true and correct copy of my email to Mr. Gill is attached as Exhibit A.

2. On May 27, 2016, at 11:44 am, I served Mr. Rios with a copy of the Order by email at the email address referenced in my earlier declaration. *Id.* I also left a voicemail advising Mr. Rios of the Order and of such service at the cellular telephone number referenced in my earlier declaration. *Id.* A true and correct copy of my email to Mr. Rios is attached as Exhibit B.

3. Service was effectuated on the JSG entity defendants and relief defendant through service on Mr. Gill and Mr. Rios. *See* Dkt. No. 5 ¶ 18.

4. At approximately 11:52 am, I called one of the telephone numbers listed on JSG Capital Investments, LLC's website. I spoke to a woman named Tathena, who works for JSG Capital Investments, LLC's answering service. Tathena confirmed that all of the numbers on the website are answered by the same service. She told me that neither Mr. Gill nor Mr. Rios were available to take my call. She then transferred me to their voicemail boxes, and I left Mr. Gill and Mr. Rios messages notifying them of the Order and advising them that I had served the order on them by email. Tathena said that she did not have a phone number or voicemail box for Mark Bryant, who is listed on the California Secretary of State's website as the registered agent for service of process for JSG Capital, LLC.

5. On May 27, 2016, at 2:18 pm and 2:19 pm, I emailed Mr. Gill and Mr. Rios the Commission's Administrative Motion To Consider Whether Cases Should Be Related, Dkt. No. 25, and the Commission's Notice Of Administrative Motion To Consider

1 | Whether Cases Should Be Related, filed in <u>United States of America v. Jaswant Singh Gill et al.</u>, 3:16-cr-00219-WHO, Dkt. No. 3.  True and correct copies of my emails to Mr. Gill and Mr. Rios are attached as Exhibits C and D.

6. Finally, the Commission intends to serve Corporation Service Company, the registered agent of process for the JSG entities, with a copy of the Order.  The Commission will file a proof of service with the Court upon service.

Dated:  May 27, 2016               Respectfully submitted,


/s/ Ruth L. Hawley
RUTH L. HAWLEY
Attorney for Plaintiff
SECURITES AND EXCHANGE COMMISSION

# Proof of Service

# Exhibit A

| | |
|---|---|
| **From:** | Hawley, Ruth L |
| **To:** | jgill@jsgcapital.com |
| **Cc:** | Habermeyer, Jason M. |
| **Subject:** | Court Order in SEC v. JSG Capital Investments, LLC et al |
| **Date:** | Friday, May 27, 2016 11:44:00 AM |
| **Attachments:** | Order Granting Temporary Restraining Order.pdf |

Mr. Gill,

This email is to serve you and Defendants JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC with the attached:

1) ORDER GRANTING IN PART TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AS MODIFIED AND REQUIRING SERVICE

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

# Proof of Service

# Exhibit B

| | |
|---|---|
| **From:** | Hawley, Ruth L |
| **To:** | jrios@jsgcapitalinvestments.com |
| **Cc:** | Habermeyer, Jason M. |
| **Subject:** | Court Order in SEC v. JSG Capital Investments, LLC et al |
| **Date:** | Friday, May 27, 2016 11:44:00 AM |
| **Attachments:** | Order Granting Temporary Restraining Order.pdf |

Mr. Rios,

This email is to serve you and Relief Defendant JSG Management Group LLC with the attached:

1) ORDER GRANTING IN PART TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AS MODIFIED AND REQUIRING SERVICE

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

# Proof of Service

# Exhibit C

| | |
|---|---|
| **From:** | Hawley, Ruth L |
| **To:** | jgill@jsgcapital.com |
| **Cc:** | Habermeyer, Jason M. |
| **Subject:** | SEC v. JSG Capital Investments, LLC et al |
| **Date:** | Friday, May 27, 2016 2:17:00 PM |
| **Attachments:** | Motion to Relate Case2.pdf |
| | Notice of Related Case1.pdf |

Mr. Gill,

This email is to serve you and Defendants JSG Capital Investments, LLC, JSG Capital LLC, JSG Capital, LLC, and JSG Enterprises LLC with the attached:

1) ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
2) NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154

# Proof of Service

# Exhibit D

| | |
|---|---|
| From: | Hawley, Ruth L |
| To: | jrios@jsgcapitalinvestments.com |
| Cc: | Habermeyer, Jason M. |
| Subject: | SEC v. JSG Capital Investments, LLC et al |
| Date: | Friday, May 27, 2016 2:19:00 PM |
| Attachments: | Motion to Relate Case2.pdf |
| | Notice of Related Case1.pdf |

Mr. Rios,

This email is to serve you and Relief Defendant JSG Management Group LLC with the attached:

1) ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
2) NOTICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Best,

Ruth L. Hawley
Attorney, Enforcement Division
U.S. Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
415.705.8154