| | |
|---|---|
| 1 | JINA L. CHOI (NY Bar No. 2699718) |
| 2 | ERIN E. SCHNEIDER (Cal. Bar No. 216114)<br>  schneidere@sec.gov |
| 3 | JASON M. HABERMEYER (Cal. Bar No. 226607)<br>  habermeyerj@sec.gov |
| 4 | ANDREW J. HEFTY (Cal. Bar No. 220450)<br>  heftya@sec.gov |
| 5 | RUTH L. HAWLEY (Cal. Bar No. 253112)<br>  hawleyr@sec.gov |
| 6 | Attorneys for Plaintiff |
| 7 | SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 2800 |
| 8 | San Francisco, CA 94104<br>(415) 705-2500 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>  Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>  Relief Defendant. | Case No. 4:16-CV-2814-JSW<br><br>**PROOF OF SERVICE AND NOTIFICATION** |

In accordance with Federal Rules of Civil Procedure 4 and 5 and Civil Local Rules 4-2 and 5-6(a), and pursuant to this Court's:

1) May 25, 2016 Order Setting Briefing and Hearing Schedule re Motion for Temporary Restraining Order (Dkt. No. 17);

2) May 26, 2016 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 19); and

3) May 26, 2016 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. No. 20),

Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

- COMPLAINT (and Civil Cover Sheet) [ECF NO. 1]
- PROPOSED SUMMONS IN A CIVIL ACTION [ECF NO. 2]
- DECLINATION TO MAGISTRATE JUDGE [ECF NO. 3]
- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED, AND MEMORANDUM IN SUPPORT OF THEREOF [ECF NO. 4]
- [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 4-1]
- DECLARATION OF RUTH L. HAWLEY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NOS. 5-8]
- DECLARATION OF JOHN ROSIGNIO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NOS. 9-12]
- DECLARATION OF TRACY JOHNSON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 13]
- DECLARATION OF MICHELLE CHUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 14]
- DECLARATION OF ALLA KARPUK IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 15]
- ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NO. 17]

1  • PROOF OF SERVICE AND NOTIFICATION OF ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR TEMPORARY RESTRAINING ORDER [ECF NO. 18]
   • ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES [ECF NO. 19]
   • ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT [ECF NO. 20]
   • SUMMONS IN A CIVIL ACTION [ECF NO. 21]
   • JUDGE JEFFREY S. WHITE'S "CIVIL STANDING ORDERS"
   • STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

have been personally served on May 26, 2016 on the following parties entitled to notice:

*JSG CAPITAL INVESTMENTS, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG CAPITAL LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG ENTERPRISES, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG MANAGEMENT GROUP LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

Dated: May 26, 2016                    Respectfully submitted,

                                       Karl Roeseler
                                       SECURITES AND EXCHANGE COMMISSION