JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
 habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
 heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
 hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

Pursuant to this Court's May 27, 2016 Order Granting In Part Temporary Restraining Order and Other Preliminary Relief and Order to Show Cause Why A Preliminary Injunction Should Not Be Granted As Modified and Requiring Service ("Order") (Dkt. No. 24), Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies as follows that a copy of:

ORDER GRANTING IN PART TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED AS MODIFIED AND REQUIRING SERVICE [ECF NO. 24]

has been personally served on May 27, 2016 on the following parties entitled to notice:

*JSG CAPITAL INVESTMENTS, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG CAPITAL LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG ENTERPRISES, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG MANAGEMENT GROUP LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

Dated: May 27, 2016                         Respectfully submitted,

                                            _____
                                            Karl Roeseler
                                            SECURITES AND EXCHANGE COMMISSION