1  JINA L. CHOI (NY Bar No. 2699718)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2    schneidere@sec.gov
   JASON M. HABERMEYER (Cal. Bar No. 226607)
3    habermeyerj@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
4    heftya@sec.gov
   RUTH L. HAWLEY (Cal. Bar No. 253112)
5    hawleyr@sec.gov

6  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
7  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
8  (415) 705-2500

9                   UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                       OAKLAND DIVISION

12

13  | SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
    |---|---|
14  |          Plaintiff, | |
15  |     v. | **PROOF OF SERVICE** |
16  | JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
17  | | |
18  | | |
    |          Defendants, | |
19  | JSG MANAGEMENT GROUP LLC, | |
20  | | |
    |          Relief Defendant. | |
21

22

23

24

25

26

27

28

In accordance with Federal Rules of Civil Procedure 4 and 5 and Civil Local Rules 4-2 and 5-6(a), and pursuant to this Court's:

    1)     May 25, 2016 Order Setting Briefing and Hearing Schedule re Motion for Temporary Restraining Order (Dkt. No. 17);

    2)     May 26, 2016 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 19); and

    3)     May 26, 2016 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. No. 20).

Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

- COMPLAINT (and Civil Cover Sheet) [ECF NO. 1]
- PROPOSED SUMMONS IN A CIVIL ACTION [ECF NO. 2]
- DECLINATION TO MAGISTRATE JUDGE [ECF NO. 3]
- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED, AND MEMORANDUM IN SUPPORT OF THEREOF [ECF NO. 4]
- [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND OTHER PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 4-1]
- DECLARATION OF RUTH L. HAWLEY IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NOS. 5-8]
- DECLARATION OF JOHN ROSIGNIO IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NOS. 9-12]
- DECLARATION OF TRACY JOHNSON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 13]
- DECLARATION OF MICHELLE CHUNG IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 14]
- DECLARATION OF ALLA KARPUK IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED [ECF NO. 15]
- ORDER SETTING BRIEFING AND HEARING SCHEDULE RE MOTION FOR TEMPORARY RESTRAINING ORDER [ECF NO. 17]

1   • PROOF OF SERVICE AND NOTIFICATION OF ORDER SETTING BRIEFING AND
       HEARING SCHEDULE FOR TEMPORARY RESTRAINING ORDER [ECF NO. 18]
2   • ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
3       DEADLINES [ECF NO. 19]
    • ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT
4       CASE MANAGEMENT CONFERENCE STATEMENT [ECF NO. 20]
    • SUMMONS IN A CIVIL ACTION [ECF NO. 21]
5   • PROOF OF SERVICE AND NOTIFICATION [ECF NO. 22]
6   • CIVIL MINUTE ORDER FOR MAY 27, 2016 HEARING [ECF NO. 23]
    • ORDER GRANTING IN PART TEMPORARY RESTRAINING ORDER AND OTHER
7       PRELIMINARY RELIEF AND ORDER TO SHOW CAUSE WHY A PRELIMINARY
        INJUNCTION SHOULD NOT BE GRANTED AS MODIFIED AND REQUIRING
8       SERVICE [ECF NO. 24]
9   • ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE
        RELATED [ECF NO. 25]
10  • JUDGE JEFFREY S. WHITE'S "CIVIL STANDING ORDERS"
    • STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
11      CALIFORNIA

12  has been personally served on May 31, 2016 on the following parties entitled to notice:

13
    *JASWANT S. GILL*
14  at the United States District Court
    for the Middle District of Tennessee
15  801 Broadway
    Nashville, TN 37203

16
    *JSG CAPITAL, LLC*
17  c/o Jason Gill, *Managing Agent*
    at the United States District Court
18  for the Middle District of Tennessee
    801 Broadway
19  Nashville, TN 37203

20
    and has been personally served on June 1, 2016 on the following party entitled to notice:
21
    *JAVIER RIOS*
22  at MCC San Diego
    808 Union Street
23  San Diego, CA 92101

24
    Dated:  June 1, 2016                          Respectfully submitted,
25

26

27                                                Karl Roeseler
                                                  SECURITES AND EXCHANGE COMMISSION
28