UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASWANT SINGH GILL a/k/a JASON GILL, and JAVIER CARLOS RIOS,<br><br>Defendants. | Case No. 16-cr-00219-JSW<br><br>**RELATED CASE ORDER**<br><br>Re: Dkt. No. 3 |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JSG CAPITAL INVESTMENTS, LLC, et al.,<br><br>Defendants. | Case No. 16-cv-02814-JSW<br><br>**RELATED CASE ORDER**<br><br>Re: Dkt. No. 29 |

In *Securities and Exchange Commission v. JSG Capital Investments, LLC, et al.,* No. 16-cv-02814-JSW, Plaintiff Securities and Exchange Commission ("SEC") filed an administrative motion to consider whether the above-captioned cases should be related under Civil Local Rule 3-12(b) and Criminal Local Rule 8-1(a). Plaintiff SEC also filed a notice of related cases in *United States v. Gill, et al.*, No. 16-cr-219-JSW.

The time for filing a statement to support or oppose the motion and notice has passed. On the basis of the material submitted to the Court, and upon review of the record, the Court finds that the cases ARE RELATED as defined by Civil Local Rule 3-12 and Criminal Local Rule 8-1. Accordingly, the Court GRANTS the motion to consider whether the cases are related.

Because both cases are already assigned to the undersigned, however, further reassignment

1  is not necessary.

2  **IT IS SO ORDERED.**

3  Dated: June 10, 2016

_____
JEFFREY S. WHITE
United States District Judge

2