UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: June 10, 2016                                  Time in Court: 14 minutes

**JUDGE: JEFFREY S. WHITE**            **Court Reporter**: Kathy Wyatt

Courtroom Deputy: Jennifer Ottolini

**CASE NO.: C-16-2814   JSW (Related to CR-16-219 JSW)**
**TITLE:  Securities and Exchange Commission  v. JSP Capital Investments, LLC, et al.,**

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Ruth Hawley                                              No Appearance by or for defendants
Andrew Hefty

**PROCEEDINGS:**       Motion for Preliminary Injunction

**RESULTS:**           Hearing held.
                       Motion is taken under submission.
                       A written ruling shall issue.