| | |
|---|---|
| 1 | JINA L. CHOI (NY Bar No. 2699718) |
| 2 | ERIN E. SCHNEIDER (Cal. Bar No. 216114)<br>  schneidere@sec.gov |
| 3 | JASON M. HABERMEYER (Cal. Bar No. 226607)<br>  habermeyerj@sec.gov |
| 4 | ANDREW J. HEFTY (Cal. Bar No. 220450)<br>  heftya@sec.gov |
| 5 | RUTH L. HAWLEY (Cal. Bar No. 253112)<br>  hawleyr@sec.gov |
| 6 | Attorneys for Plaintiff |
| 7 | SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 2800 |
| 8 | San Francisco, CA 94104<br>(415) 705-2500 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>   v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>         Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>         Relief Defendant. | Case No. 4:16-CV-2814-JSW<br><br>**PROOF OF SERVICE** |

In accordance with Federal Rules of Civil Procedure 4 and 5 and Civil Local Rules 4-2 and 5-6(a), and pursuant to this Court's:

1) May 25, 2016 Order Setting Briefing and Hearing Schedule re Motion for Temporary Restraining Order (Dkt. No. 17);

2) May 26, 2016 Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 19); and

3) May 26, 2016 Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (Dkt. No. 20).

Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

- ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [ECF NO. 25]
- AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [ECF NO. 29]
- [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION [ECF NO. 30]

has been personally served on June 9, 2016 on the following parties entitled to notice:

*JASWANT S. GILL*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

*JSG CAPITAL, LLC*
c/o Jason Gill, *Managing Agent*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

*JSG CAPITAL INVESTMENTS, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG CAPITAL LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG ENTERPRISES, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

1  *JSG MANAGEMENT GROUP LLC*
   c/o CSC – Lawyers Incorporating Service
2  2710 Gateway Oaks Drive Suite 150-N
   Sacramento, CA 95833
3  *Agent for Service of Process*

4

5

6  Dated:  June 10, 2016                    Respectfully submitted,

7

8

9                                           _____
10                                          John Stearns
                                            SECURITES AND EXCHANGE COMMISSION
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28