1  JINA L. CHOI (NY Bar No. 2699718)
2  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
   schneidere@sec.gov
3  JASON M. HABERMEYER (Cal. Bar No. 226607)
   habermeyerj@sec.gov
4  ANDREW J. HEFTY (Cal. Bar No. 220450)
   heftya@sec.gov
5  RUTH L. HAWLEY (Cal. Bar No. 253112)
   hawleyr@sec.gov

6  Attorneys for Plaintiff
7  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
8  (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | [Dkt. No. 34] |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

1  Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

2  - [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND
3     INSTRUCTIONS RE SERVICE [Dkt. No. 34]

4  has been served by UPS next day delivery on June 10, 2016 on the following:

5  Amit Lalji
   3153 ½ Vera Avenue
6  Los Angeles CA 90034

7

8  Dated:  June 10, 2016

9                                             Respectfully submitted,

10

11

12  _____
                John Stearns
13         SECURITES AND EXCHANGE COMMISSION