JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

- RELATED CASE ORDER [ECF NO. 32]
- [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND INSTRUCTIONS RE SERVICE [ECF NO. 34]

has been personally served on June 13, 2016 on the following parties entitled to notice:

*JASWANT S. GILL*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

*JSG CAPITAL, LLC*
c/o Jason Gill, *Managing Agent*
Grayson County Detention Center
320 Shaw Station Road
Leitchfield, KY 42754

*JSG CAPITAL INVESTMENTS, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG CAPITAL LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG ENTERPRISES, LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

*JSG MANAGEMENT GROUP LLC*
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
*Agent for Service of Process*

Dated: June 15, 2016                Respectfully submitted,

*[signature: John A. Stearns]*

John Stearns
SECURITES AND EXCHANGE COMMISSION