1  JINA L. CHOI (NY Bar No. 2699718)
2  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
   schneidere@sec.gov
3  JASON M. HABERMEYER (Cal. Bar No. 226607)
   habermeyerj@sec.gov
4  ANDREW J. HEFTY (Cal. Bar No. 220450)
   heftya@sec.gov
5  RUTH L. HAWLEY (Cal. Bar No. 253112)
   hawleyr@sec.gov

6  Attorneys for Plaintiff
7  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
8  (415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
|---|---|
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

- ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [ECF NO. 25]
- AMENDED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [ECF NO. 29]
- [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION [ECF NO. 30]
- RELATED CASE ORDER [ECF NO. 32]
- [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION AND INSTRUCTIONS RE SERVICE [ECF NO. 34]
- REASSIGNMENT ORDER (Case No. 16-cr-00219-WHO) [ECF NO. 4]

have been personally served on June 23, 2016 on the following party entitled to notice:

*JAVIER RIOS*
Glenn Dyer Jail
550 6th Street
Oakland CA  94607

Dated:  June 24, 2016                          Respectfully submitted,

_John A. Stearns (signature)_

John Stearns
SECURITES AND EXCHANGE COMMISSION