1  JINA L. CHOI (NY Bar No. 2699718)
   ERIN E. SCHNEIDER (Cal. Bar No. 216114)
2    schneidere@sec.gov
   JASON M. HABERMEYER (Cal. Bar No. 226607)
3    habermeyerj@sec.gov
   ANDREW J. HEFTY (Cal. Bar No. 220450)
4    heftya@sec.gov
   RUTH L. HAWLEY (Cal. Bar No. 253112)
5    hawleyr@sec.gov

6  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
7  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
8  (415) 705-2500

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

1  Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

2  
- PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S SEPARATE CASE MANGEMENT STATEMENT [ECF NO. 41]

3  

4  has been personally served on August 17, 2016 on the following parties entitled to notice:

5  *JASWANT S. GILL*
Glenn E. Dyer Detention Facility
550 6th Street
6  Oakland, CA  94607

7  *JSG CAPITAL, LLC*
c/o Jason Gill, *Managing Agent*
8  Glenn E. Dyer Detention Facility
550 6th Street
9  Oakland, CA  94607

10  and has been Express Mailed on August 17, 2016 on the following parties entitled to notice:

11  *JAVIER RIOS*
c/o Joseph and Linda Desantis
12  880 5th Avenue
Chula Vista, CA 91911
13  

14  *JSG CAPITAL INVESTMENTS, LLC*
c/o CSC – Lawyers Incorporating Service
15  2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
16  *Agent for Service of Process*

17  *JSG CAPITAL LLC*
c/o CSC – Lawyers Incorporating Service
18  2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
19  *Agent for Service of Process*

20  *JSG ENTERPRISES, LLC*
c/o CSC – Lawyers Incorporating Service
21  2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
22  *Agent for Service of Process*

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

| | |
|---|---|
| 1 | JSG MANAGEMENT GROUP LLC |
| 2 | c/o CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive Suite 150-N<br>Sacramento, CA 95833 |
| 3 | Agent for Service of Process |

6  Dated:  August 17, 2016               Respectfully submitted,

_____
Gem Mil Langit
Contract Paralegal

SECURITES AND EXCHANGE
COMMISSION