UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: August 26, 2016                                    Time in Court: 12 minutes

JUDGE: JEFFREY S. WHITE                          Court Reporter: Diane Skillman

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-16-2814  JSW (Related to CR-16-219 JSW)

TITLE:  Securities and Exchange Commission v. JSG Capital Investments, LLC et al.,

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Jason Habermeyer | No appearance by or for defendant(s) |
| Andrew Hefty | |

PROCEEDINGS:   Case Management Conference

RESULTS:   An Order to Show Cause shall issue to LLC defendants.

The Court set the following schedule:

| | |
|---|---|
| Designation of Experts: | 3-24-17 |
| Close of ALL Discovery: | 5-26-17 |
| Hearing on Dispositive Motions: | 7-28-17 at 9:00 a.m. |
| Pretrial Conference: | 10-11-17 at 2:00 p.m.** |
| Bench Trial (10 day est.): | 10-30-17 at 8:00 a.m. |

**Parties are referred to Judge White's Standing order:
*GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL BENCH CASES BEFORE THE HONORABLE JEFFREY S. WHITE*