UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JSG CAPITAL INVESTMENTS, LLC, et al.,<br><br>Defendants. | Case No. 16-cv-02814-JSW<br><br>**ORDER TO DEFENDANTS RE APPEARANCES AND COUNSEL AND ORDER TO PLAINTIFF RE SERVICE** |

The Court held an initial case management conference on Friday, August 26, 2016. No defendant appeared, either pro se or through counsel. Additionally, no defendant has responded to the Complaint or otherwise appeared in this action.

Defendants JSG CAPITAL INVESTMENTS, LLC; JSG CAPITAL, LLC; JSG CAPITAL LLC; and JSG ENTERPRISES, LLC are limited liability companies. No counsel has appeared on behalf of any of these LLC defendants. "It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney.'" *D-Beam Ltd. P'ship v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973-74 (9th Cir.2004) (citations omitted). "As the courts have recognized, the rationale for that rule applies equally to all artificial entities." *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); see also N.D. Cal. Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). This requirement of licensed counsel applies to limited liability companies. *Lotus Mgmt., LLC v. Shulman*, 13-cv-03401-PJH, 2013 WL 5734893, *2 (N.D. Cal. Oct. 22, 2013). Additionally, a non-attorney president, statutory agent, or sole shareholder of an artificial entity may not represent it in federal court. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir.1993) (per curiam) (affirming grant of default

judgment).

The Court HEREBY ORDERS Defendants JSG CAPITAL INVESTMENTS, LLC; JSG CAPITAL, LLC; JSG CAPITAL LLC; and JSG ENTERPRISES, LLC, to file a notice of appearance through counsel, in compliance with Northern District of California Civil Local Rules 5-1(c)(2) and the authorities cited above. The Court hereby notifies these Defendants that if they fail to appear through Counsel, this case will proceed in their absence and the Court may enter a default judgment against them. *See* Fed. R. Civ. P. 55.

The Court further notifies all Defendants, including the LLC Defendants and the individual Defendants, that if they fail to appear and defend this action in compliance with all applicable rules and other law, this case will proceed in their absence and the Court may enter a default judgment against them. *See id.*

The Court FURTHER ORDERS Plaintiff Securities and Exchange Commission to serve a copy of this order upon all parties and file a proof of service with this Court.

**IT IS SO ORDERED.**

Dated: August 29, 2016

JEFFREY S. WHITE
United States District Judge