JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
  habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
  hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>       v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>            Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>            Relief Defendant. | Case No. 4:16-CV-2814-JSW<br><br>**PROOF OF SERVICE** |


1 | Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

2 | • ORDER TO DEFENDANTS RE APPEARANCES AND COUNSEL AND ORDER TO PLAINTIFF RE SERVICE [ECF NO. 45]

3

4 | has been personally served on August 30, 2016 on the following parties entitled to notice:

5 | *JASWANT S. GILL*
Glenn E. Dyer Detention Facility
6 | 550 6th Street
Oakland, CA 94607
7

8 | *JSG CAPITAL, LLC*
c/o Jason Gill, *Managing Agent*
Glenn E. Dyer Detention Facility
9 | 550 6th Street
Oakland, CA 94607
10

11 | and has been served via UPS on August 29, 2016 on the following parties entitled to notice:

12 | *JAVIER RIOS*
c/o Joseph and Linda Desantis
13 | 880 5th Avenue
Chula Vista, CA 91911
14

15 | *JSG CAPITAL INVESTMENTS, LLC*
c/o CSC – Lawyers Incorporating Service
16 | 2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
17 | *Agent for Service of Process*

18 | *JSG CAPITAL LLC*
c/o CSC – Lawyers Incorporating Service
19 | 2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
20 | *Agent for Service of Process*

21 | *JSG ENTERPRISES, LLC*
c/o CSC – Lawyers Incorporating Service
22 | 2710 Gateway Oaks Drive Suite 150-N
Sacramento, CA 95833
23 | *Agent for Service of Process*

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

```
 1  JSG MANAGEMENT GROUP LLC
    c/o CSC – Lawyers Incorporating Service
 2  2710 Gateway Oaks Drive Suite 150-N
    Sacramento, CA 95833
 3  Agent for Service of Process
 4
 5
 6  Dated:  August 30, 2016                    Respectfully submitted,
 7
 8                                             _____
                                               Gem Mil Langit
 9                                             Contract Paralegal
10                                             SECURITES AND EXCHANGE
                                               COMMISSION
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```