JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
 habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
 heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
 hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS,<br><br>   Defendants,<br><br>JSG MANAGEMENT GROUP LLC,<br><br>   Relief Defendant. | Case No. 16-CV-02814-JSW<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, AND RELIEF DEFENDANT JSG MANAGEMENT GROUP LLC<br><br>Honorable Jeffrey S. White |

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission ("SEC") requests that the Clerk enter a default against defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and relief defendant JSG Management Group LLC (the "JSG Corporate Entities") for failure to plead or otherwise defend.

**AFFIDAVIT**

In support of the SEC's request that the Clerk enter a default against the JSG Corporate Entities, I, Andrew J. Hefty, declare:

1. The complaint (ECF No. 1) and summons (ECF No. 21) in this action were personally served on defendants JSG Capital Investments, LLC, JSG Capital LLC, JSG Enterprises, LLC, and relief defendant JSG Management Group LLC on May 26, 2016.  *See* ECF No. 22.
2. The complaint (ECF No. 1) and summons (ECF No. 21) in this action were personally served on defendant JSG Capital, LLC on May 31, 2016.  *See* ECF No. 31.
3. The JSG Corporate Entities have not retained counsel and have been unrepresented in this action to this date.
4. The JSG Corporate Entities are not infants, incompetent persons, or members of the military service.
5. The JSG Corporate Entities have failed to plead or otherwise defend this action.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  October 20, 2016                    Respectfully submitted,


/s/ *Andrew J. Hefty*
ANDREW J. HEFTY
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION