UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JSG CAPITAL INVESTMENTS, LLC, et al.,

Defendants.

Case No. 16-cv-02814-JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Re: Dkt. No. 59

On June 30, 2017, Chief Magistrate Judge Spero issued a report and recommendation in which he recommended that the Securities and Exchange Commission's ("SEC") motion for default judgment be granted, and judgment entered consistent with the SEC's amended proposed judgment. Chief Magistrate Judge Spero further recommended that the Court withhold judgment for 14 days to provide Defendants a final opportunity to respond to SEC's allegations.

The Court has reviewed the record in this case, and it finds the report well-reasoned and ADOPTS it in every respect.

Accordingly, the Court HEREBY GRANTS the SEC's motion for default judgment. The Court will, however, withhold judgment in this case to permit Defendants one final opportunity to appear and answer the SEC's allegations. Accordingly, the Court ORDERS the SEC to serve a copy of this Order, and Chief Magistrate Judge Spero's report and recommendation on Defendants, and to file a proof of service to this effect. If, within 14 days of the SEC's filing of the proof of service, Defendants have failed to appear and answer the SEC's allegations, the Court

will enter the SEC's proposed amended judgment.[1]

**IT IS SO ORDERED.**

Dated: July 28, 2017

_____
JEFFREY S. WHITE
United States District Judge

---

[1] If the Defendants have not appeared and answered the allegations within 14 days of the SEC's service of this Order and the Report and Recommendation, the SEC shall notify the Court of this fact and resubmit its proposed amended judgment. For purposes of completing the proposed amended judgment the SEC shall use the disgorgement and civil penalty amounts adopted in the report and recommendation.

2