JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
 habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
 heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
 hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW (JCS) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP LLC, | |
| Relief Defendant. | |

1   Plaintiff Securities and Exchange Commission (the "Commission") hereby certifies that a copy of:

2   • REPORT AND RECOMMENDATIONS REGARDING MOTION FOR DEFAULT
       JUDGMENT [ECF NO. 59]

3   • ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 61]

4   was personally served on the following parties on July 31, 2017:

5   *JASWANT S. GILL, Defendant*
    *(also known as Jason Gill)*

6   Glenn E. Dyer Detention Facility
    550 6th Street

7   Oakland, CA  94607

8   *JSG CAPITAL, LLC, Defendant*
    c/o Jaswant S. Gill, a.k.a. Jason Gill, Chief Executive Officer

9   Glenn E. Dyer Detention Facility
    550 6th Street

10  Oakland, CA  94607

11  and as the Registered Agent for Service of Process, Corporation Service Company, has stated that it

12  has resigned as the registered agent, the following parties were also personally served with the above

13  reference documents on July 31, 2017 as described:

14  *JSG CAPITAL INVESTMENTS, LLC, Defendant*
    c/o Jaswant S. Gill, a.k.a. Jason Gill, Principal, Managing Director, Chief Executive Officer

15  Glenn E. Dyer Detention Facility
    550 6th Street

16  Oakland, CA  94607

17  *JSG CAPITAL LLC, Defendant*
    c/o Jaswant S. Gill, a.k.a. Jason Gill, Manager

18  Glenn E. Dyer Detention Facility
    550 6th Street

19  Oakland, CA  94607

20  and as the Registered Agent for Service of Process, Corporation Service Company, has indicated that

21  it is unable to forward documents for service due to an undeliverable address, the following party was

22  also personally served with the above referenced documents on July 31, 2017 as described:

23  *JSG ENTERPRISES, LLC, Defendant*
    c/o Jaswant S. Gill, a.k.a. Jason Gill, President, Member

24  Glenn E. Dyer Detention Facility
    550 6th Street

25  Oakland, CA  94607

26

27

28

1  In addition, the Commission certifies that a copy of:

2  • REPORT AND RECOMMENDATIONS REGARDING MOTION FOR DEFAULT
   JUDGMENT [ECF NO. 59]
3  • ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 61]

4  was personally served on the following party on August 4, 2017:

5  *JAVIER RIOS, Defendant*
   880 5th Avenue
6  Chula Vista, CA 91911

7  and as the Registered Agent for Service of Process, Corporation Service Company, has stated that it

8  has resigned as the registered agent, the following parties were also personally served with the above

9  referenced documents on August 4, 2017 as described:

10 *JSG CAPITAL INVESTMENTS, LLC, Defendant*
   c/o Javier Rios, Manager, Member, President, Owner
11 880 5th Avenue
   Chula Vista, CA 91911
12
   *JSG MANAGEMENT GROUP LLC, Relief Defendant*
13 c/o Javier Rios, Manager, Owner
   880 5th Avenue
14 Chula Vista, CA 91911

15

16 Dated:  August 7, 2017                                   Respectfully submitted,

17

18                                                          Karl Roeseler
                                                            Supervisory Paralegal Specialist
19
                                                            SECURITES AND EXCHANGE
20                                                          COMMISSION

21

22

23

24

25

26

27

28