STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350 N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
jerome_matthews@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JSG CAPITAL INVESTMENTS, LLC, et al.,<br><br>Defendants. | No. 16-CV-02814 JSW<br><br>**STATEMENT RE ORDER ADOPTING REPORT AND RECOMMENDATION REGARDING MOTION FOR DEFAULT JUDGMENT** |

    Assistant Federal Public Defender Jerome E. Matthews ("defense counsel") is appointed counsel for Javier Carlos Rios in criminal matter CR 16-00219 JSW, United States v. Jaswant Singh Gill and Javier Carlos Rios. Mr Rios is indigent and does not have funds to retain counsel in the present civil enforcement action brought by the Securities and Exchange Commission ("SEC"). Accordingly, Mr Rios has not appeared in this matter.

    Mr Rios recently received a copy of the Court's Order Adopting Report and Recommendation, filed 28 July 2017, and forwarded a copy to defense counsel this morning. Defense counsel does not have the authority to appear in the present proceeding save for the

limited purpose of making the request to stay an "ancillary proceeding," as that term is defined in the 7 Guide to Judiciary Policy, Chapter 2, § 210.20.30.

In light of defense counsel's limited authority and this Court's order withholding judgment for a 14-day period, Assistant Federal Public Defender Jerome E. Matthews is preparing a separate motion/request to further withhold entry of judgment or alternatively to stay the present proceeding, such relief to remain in effect pending resolution of the criminal proceedings. The motion will be filed separately from this notice.

Dated: 8 August 2017                    Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender

/s/ Jerome E. Matthews

JEROME E. MATTHEWS
Assistant Federal Public Defender