UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>JSG CAPITAL INVESTMENTS, LLC, et al.,<br><br>    Defendants. | Case No. 4:16-cv-02814-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION TO STAY**<br><br>Re: Dkt. No. 64 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion to Stay scheduled for September 15, 2017 at 9:00 A.M., in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated.  A written ruling shall issue.

Dated: September 7, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541