JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
 schneidere@sec.gov
JASON M. HABERMEYER (Cal. Bar No. 226607)
 habermeyerj@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
 heftya@sec.gov
RUTH L. HAWLEY (Cal. Bar No. 253112)
 hawleyr@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 4:16-CV-2814-JSW |
| Plaintiff, | |
| v. | **[AMENDED PROPOSED] JUDGMENT AGAINST DEFENDANTS JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, AND JASWANT S. GILL** |
| JSG CAPITAL INVESTMENTS, LLC, JSG CAPITAL, LLC, JSG CAPITAL LLC, JSG ENTERPRISES, LLC, JASWANT S. GILL, AND JAVIER RIOS, | |
| Defendants, | |
| JSG MANAGEMENT GROUP, LLC, | |
| Relief Defendant. | |

This matter came before the Court on the motion of plaintiff Securities and Exchange Commission (the "Commission"). The Court has received and considered the motion, the Commission's memorandum of points and authorities, and all other submissions, written or oral, at, before, and after the hearing.

Good cause appearing, the Court grants the Commission's motion and orders as follows:

## I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, and their officers, agents, servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or otherwise, are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading, or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## II.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, and their officers, agents, servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or

otherwise, are permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by the use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

## III.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, and Jaswant Gill, a.k.a. Jason Gill, and their officers, agents, servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or otherwise, are permanently restrained and enjoined from violating Sections 206(1) and 206(2) of the Advisers Act (15 U.S.C. §§ 80b-6(1), 80b-6(2)), by use of the mails or any means or instrumentality of interstate commerce, and while engaged in the business of advising others for compensation as to the advisability of investing in, purchasing, or selling securities, directly or indirectly:

    A.    employing devices, schemes, and artifices to defraud clients or prospective clients; or

    B.    engaging in acts, practices, or courses of business which operates or would operate as a fraud or deceit upon clients or prospective clients.

## IV.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, and their officers, agents, servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or otherwise, are permanently restrained and enjoined

until further order by this Court from, directly or indirectly participating in the issuance, purchase, offer, or sale of any security of or through any entity controlled by, or under joint control with, any of them, and in particular:

    A.    This prohibition includes but is not limited to the securities described as "Fixed Return Investment Agreements," "Promissory Fixed Index Investment Agreement," "Promissory Compounded Fixed Index Investment Agreement," "Promissory Investment Note Agreement," "Promissory Conversion Investment Note Term Sheet Agreement," "Promissory Conversion Note Agreement," or "Promissory Conversion Investment Note Agreement," marketed by Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill or any of them; and

    B.    This prohibition includes but is not limited to the offer or sale of securities, and the acceptance of any money or anything of value by any of Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill for such securities.

This injunction shall not prevent Defendant Gill from purchasing or selling securities through his own personal accounts, or accounts owned for his or his immediate family's personal benefit, such as a family trust account, provided that the accounts are in no way funded by investors' money.

**V.**

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, and their officers, agents, servants, employees, attorneys, subsidiaries and affiliates, and those persons in active concert or participation with any of them, who receive actual notice of this Order, by personal service or otherwise, are permanently restrained and enjoined until further order by this Court from directly or indirectly soliciting any person or entity to purchase or sell any security and from recommending or advising any person or entity with respect to investing in any security. This injunction shall not prevent Defendant Gill from making investment decisions for entities created solely for his or his immediate family's personal benefit, such as a family trust.

///

## VI.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, are jointly and severally liable for disgorgement of $5,712,740.52, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $172,372.77, for a total of $5,885,113.29.  Relief Defendant JSG Management Group, LLC is liable for disgorgement of $105,650.  Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill shall satisfy this obligation by paying $5,885,113.29 to plaintiff Securities and Exchange Commission within 14 days after entry of this Judgment.  Relief Defendant JSG Management Group, LLC shall satisfy this obligation by paying $105,650 to plaintiff Securities and Exchange Commission within 14 days after entry of this Judgment.

Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill and the Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill and the Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the following:  the case title; the civil action number; the name of this Court; Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, and Relief Defendant JSG Management Group, LLC, as defendants and the relief defendant in this action; and specifying that

payment is made pursuant to this Judgment.

Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill and the Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill and the Relief Defendant relinquish all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill and the Relief Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Judgment. Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## VII.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, shall jointly and severally pay a civil penalty in the amount of $5,712,740.52 to plaintiff Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)], Section 21(d) of the Exchange Act [15 U.S.C. § 78u(d)], and Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9(e)]. Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill shall make this payment within 14 days after entry of this Judgment.

1    Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG
2    Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill may transmit payment electronically to the
3    Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment
4    may also be made directly from a bank account via Pay.gov through the SEC website at
5    http://www.sec.gov/about/offices/ofm.htm.  Defendant may also pay by certified check, bank
6    cashier's check, or United States postal money order payable to the Securities and Exchange
7    Commission, which shall be delivered or mailed to

>    Enterprise Services Center
>    Accounts Receivable Branch
>    6500 South MacArthur Boulevard
>    Oklahoma City, OK 73169

11   and shall be accompanied by a letter identifying following:  the case title; the civil action number; the
12   name of this Court; Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC,
13   JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill, as defendants and the relief defendant in
14   this action; and specifying that payment is made pursuant to this Judgment.
15      Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG
16   Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill shall simultaneously transmit photocopies of
17   evidence of payment and case identifying information to the Commission's counsel in this action.  By
18   making this payment, Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital
19   LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill relinquish all legal and equitable
20   right, title, and interest in such funds and no part of the funds shall be returned to Defendants JSG
21   Capital Investments, LLC, JSG Capital, LLC, JSG Capital LLC, JSG Enterprises, LLC, and Jaswant
22   Gill, a.k.a. Jason Gill.  The Commission shall send the funds paid pursuant to this Judgment to the
23   United States Treasury.  Defendants JSG Capital Investments, LLC, JSG Capital, LLC, JSG Capital
24   LLC, JSG Enterprises, LLC, and Jaswant Gill, a.k.a. Jason Gill shall pay post-judgment interest on
25   any delinquent amounts pursuant to 28 USC § 1961.
26   ///
27   ///
28   ///

## VIII.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

Dated: _____, 2017

_____
UNITED STATES DISTRICT JUDGE